Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Oklahoma**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Asher Homes, LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**   4 6 – 1 8 9 1 7 8 5

**4. Debtor's address**

**Principal place of business**

**9128 S. Braden**
Number    Street

**Tulsa, OK 74137**
City                    State    ZIP Code

**Tulsa**
County

**Mailing address, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                    State    ZIP Code

**5. Debtor's website (URL)**   **https://asherhomesok.com/**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __**Asher Homes, LLC**_____    Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   **2   3   6   1**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY

        District _____ When _____ Case number _____
                                           MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                         MM / DD / YYYY

       Case number, if known _____

---

Debtor   __Asher Homes, LLC_____   Case number *(if known)* _____
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>    **Why does the property need immediate attention?** *(Check all that apply.)*<br><br>    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>       What is the hazard? _____<br><br>    ☐ It needs to be physically secured or protected from the weather.<br><br>    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>    ☐ Other _____<br><br>    **Where is the property?** _____<br>       Number      Street<br><br>       _____<br><br>       _____  _____  _____<br>       City             State   ZIP Code<br><br>    **Is the property insured?**<br>    ☐ No<br>    ☐ Yes.   Insurance agency   _____<br>               Contact name      _____<br>               Phone             _____ |

### ▮ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☐ 50-99    ☐ 1,000-5,000 ☐ 5,001-10,000   ☐ 25,001-50,000 ☐ 50,000-100,000<br>☑ 100-199 ☐ 200-999  ☐ 10,001-25,000               ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☑ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor    **Asher Homes, LLC**                                        Case number *(if known)* _____

  Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/20/2025**
                     MM/  DD/  YYYY

**X**  **/s/ Daniel Ruhl**                                    **Daniel Ruhl**
     Signature of authorized representative of debtor          Printed name

     Title   **President**

**18. Signature of attorney**

**X**         **/s/ Ron Brown**            Date  **01/20/2025**
     Signature of attorney for debtor                        MM/  DD/  YYYY

     **Ron Brown**
     Printed name

     **Brown Law Firm PC**
     Firm name

     **1609 E. 4th St.**
     Number        Street

     **Tulsa**                              **OK**        **74120**
     City                                   State        ZIP Code

     **(918) 585-9500**                     **ron@ronbrownlaw.com**
     Contact phone                          Email address

     **16352**                              **OK**
     Bar number                             State

Form **1120-S**
Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning , 2023, ending ,

| | | |
|---|---|---|
| **A** S election effective date 1/01/2017 | **TYPE OR PRINT** Asher Homes, LLC<br>9128 S Braden #201<br>Tulsa, OK 74137 | **D** Employer identification number 1785 |
| **B** Business activity code number (see instructions) 236100 | | **E** Date incorporated 1/01/2016 |
| **C** Check if Schedule M-3 attached [X] | | **F** Total assets (see instructions) $ 38,893,788. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes [X] No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales 25,360,557. | **b** Less returns and allowances | Balance | **1c** 25,360,557. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | 22,937,780. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 2,422,777. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . . | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . . See Statement 1 | | **5** | 15,045. |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . | | **6** | 2,437,822. |
| **D E D U C T I O N S   S E E   I N S T R S** | **7** Compensation of officers (see instructions — attach Form 1125-E) . . . . . . . . . . . | | **7** | |
| | **8** Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . . . . | | **8** | 966,283. |
| | **9** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **9** | |
| | **10** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **10** | |
| | **11** Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11** | 23,610. |
| | **12** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **12** | 77,035. |
| | **13** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **13** | 48,700. |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . | | **14** | 79,792. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . . . . . . . . . . . | | **15** | |
| | **16** Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **16** | 141,647. |
| | **17** Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **17** | |
| | **18** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **18** | 53,139. |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) . . . . . . . . . | | **19** | |
| | **20** Other deductions (attach statement) . . . . . . . . . . . . . . . . . . See Statement 2 | | **20** | 974,003. |
| | **21** **Total deductions.** Add lines 7 through 20 . . . . . . . . . . . . . . . . . . . . . . . . . . | | **21** | 2,364,209. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 6 . . . . . . . . . . . . | | **22** | 73,613. |

| | | | | |
|---|---|---|---|---|
| **T A X   A N D   P A Y M E N T S** | **23a** Excess net passive income or LIFO recapture tax (see instructions) . . . . . . . . . . | **23a** | | |
| | **b** Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . . | **23b** | | |
| | **c** Add lines 23a and 23b (see instructions for additional taxes) . . . . . . . . . . . . . . | | **23c** | |
| | **24a** Current year's estimated tax payments and preceding year's overpayment credited to the current year . . . . . . . . . . | **24a** | | |
| | **b** Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . | **24b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . | **24c** | | |
| | **d** Elective payment election amount from Form 3800 . . . . . | **24d** | | |
| | **z** Add lines 24a through 24d . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **24z** | |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . ☐ | | **25** | |
| | **26** Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed . . . . . . | | **26** | 0. |
| | **27** Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid . . . | | **27** | |
| | **28** Enter amount from line 27: **Credited to 2024 estimated tax** Refunded. | | **28** | |

| | | |
|---|---|---|
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.<br><br>Signature of officer     Date     Title President | May the IRS discuss this return with the preparer shown below? See instructions. [X] Yes ☐ No |

| | | | | | |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | Print/Type preparer's name Kathy Burch | Preparer's signature Kathy Burch | Date | Check ☐ if self-employed | PTIN P00352272 |
| | Firm's name HORIZON CPAS AND ADVISORS PLC | | | Firm's EIN 93-4241834 | |
| | Firm's address 4715 E 91ST ST STE 100 TULSA, OK 74137 | | | Phone no. (918) 398-7900 | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.** SPSA0112 06/27/23 Form **1120-S** (2023)

Fill in this information to identify the case:

Debtor Name   **Asher Homes, LLC**

United States Bankruptcy Court for the: _____**Northern**_____   District of   **Oklahoma**

_____(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on _Schedule G: Executory Contracts and Unexpired Leases_ (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Spirit Bank** | **Checking account** | __ __ __ __ | **unknown** |
| 3.2. **BancFirst** | **Checking account** | __ __ __ __ | **unknown** |
| 3.3. **City National Bank** | **Checking account** | __ __ __ __ | **unknown** |
| 3.4. **First Pryority Bank** | **Checking account** | __ __ __ __ | **unknown** |
| 3.5. **Mabrey Bank** | **Checking account** | __ __ __ __ | **unknown** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____   _____

   4.2 _____   _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   [_____]

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

Debtor     **Asher Homes, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| | 7.1 _____ | _____ |
| | 7.2 _____ | _____ |

| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
|---|---|---|
| | Description, including name of holder of prepayment | |
| | 8.1 _____ | _____ |
| | 8.2 _____ | _____ |

| 9. | **Total of Part 2** | |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | _____ |

| **Part 3:** | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

| | | | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | _____ - _____ =..... ➡ | _____ |
|---|---|---|
| | face amount      doubtful or uncollectible accounts | |
| 11b. Over 90 days old: | **$262,850.10** - **unknown** =..... ➡ | **unknown** |
| | face amount      doubtful or uncollectible accounts | |

| 12. | **Total of Part 3** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | _____ |

| **Part 4:** | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1 _____ | _____ | _____ |
|---|---|---|
| 14.2 _____ | _____ | _____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                    % of ownership:

Debtor    **Asher Homes, LLC**
_____     Case number *(if known)* _____
Name

---

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____                    _____   _____

16.2 _____                    _____   _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                    ┌──────────┐
                                                                        │_____│
                                                                        └──────────┘

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                    ┌──────────┐
                                                                        │_____│
                                                                        └──────────┘

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____   Valuation method _____   Current value _____

---

Debtor    **Asher Homes, LLC**

Name          Case number *(if known)*

---

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | _____ | _____ | _____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

    ┌──────────────┐
    │ _____ │
    └──────────────┘

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

         ☐ No
         ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

Debtor    **Asher Homes, LLC**                                              Case number *(if known)* _____
_____
Name

---

**38.    Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |
| Misc Office Furniture, Computers and Staging Furniture | unknown | | $20,000.00 |
| **40.    Office fixtures** | | | |
| | | | |
| **41.    Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| **42.    Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.    Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                              $20,000.00

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2001 Izuzu Box Truck** | unknown | | unknown |

---

Debtor   **Asher Homes, LLC**                                    Case number *(if known)* _____
         <u>Name</u>

| 47.2 **Van** | | unknown | | unknown |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 4 BLOCK 12 Section: 28 Township: 18 Range: 14 /** 3112 W. Phoenix<br>Broken Arrow, OK 74012 | Fee Simple | unknown | | $608,073.00 |
| 55.2 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 12 BLOCK 7 Section: 28 Township: 18 Range: 14 /** 3804 S. Hemlock<br>Broken Arrow, OK 74011 | Fee Simple | unknown | | $369,000.00 |

Debtor    **Asher Homes, LLC**                                              Case number *(if known)* _____
          <small>Name</small>

| | | | |
|---|---|---|---|
| 55.3 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 20 BLOCK 7 Section: 28 Township: 18 Range: 14** / 3708 S. Hemlock Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$435,720.00** |
| 55.4 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 9 BLOCK 12 Section: 28 Township: 18 Range: 14** / 3704 S. Kalanchoe Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$488,809.00** |
| 55.5 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14** / 3700 S. Kalanchoe Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$566,821.00** |
| 55.6 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 19 BLOCK 7 Section: 28 Township: 18 Range: 14** / 3712 S. Hemlock Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$440,000.00** |
| 55.7 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 11 Section: 28 Township: 18 Range: 14** / 3109 W. Phoenix Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$548,606.00** |
| 55.8 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 6 Section: 28 Township: 18 Range: 14** / 3709 S. Hemlock Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$397,804.00** |
| 55.9 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 7 BLOCK 6 Section: 28 Township: 18 Range: 14** / 3705 S. Hemlock Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$445,012.00** |
| 55.10 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 6 Section: 28 Township: 18 Range: 14** / 3701 S. Hemlock Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$531,549.00** |
| 55.11 **Subdivision: KIRKPATRICK HGTS (21500) Legal: LT 19 BLK 1 Section: 35 Township: 20 Range: 12** / 127 E. Latimer Tulsa, OK 74106 | **Fee Simple** | **unknown** | **$346,812.00** |
| 55.12 **Subdivision: PEORIA PARK ADDN (32525) Legal: LT 23 BK 3 Section: 24 Township: 19 Range: 12** / 917 E. 37th Street Tulsa, OK 74105 | **Fee Simple** | **unknown** | **$650,000.00** |

Debtor    **Asher Homes, LLC**
      Name

Case number *(if known)*

| | | | |
|---|---|---|---|
| 55.13 **Subdivision: HICKORY CREEK OF JENKS (ALL OF THE SW NW & RESUB LT 3 BLK 2 POLLY T 2ND ADDN) (60667) Legal: LOT 5 BLOCK 9 Section: 36 Township: 18 Range: 12 /** 1608 W. 114th St Jenks, OK 74037 | Fee Simple | unknown | $599,000.00 |
| 55.14 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 3 BLOCK 5 Section: 02 Township: 17 Range: 13 /** 12772 S. 66th E. Ave Bixby OK 74008 | Fee Simple | unknown | $659,000.00 |
| 55.15 **LOT 14 BLOCK 4 DEER RUN AT STONE CANYON PHASE IV Rogers County Oklahoma /** 18956 E White WIllow Pass Owasso, OK 74055 | Fee Simple | unknown | $800,000.00 |
| 55.16 **Subdivision: DELAWARE PARK (70518) Legal: LOT 5 BLOCK 2 Section: 33 Township: 18 Range: 13 /** 11535 S. Marion Ave Tulsa, OK 74137 | Fee Simple | unknown | $659,000.00 |
| 55.17 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 1 BLOCK 1 Section: 02 Township: 17 Range: 13 /** 6511 E. 127th St. S. Bixby, OK 74008 | Fee Simple | unknown | $575,000.00 |
| 55.18 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 18 BLOCK 4 Section: 02 Township: 17 Range: 13 /** 6640 E. 127th Pl. S. Bixby, OK 74008 | Fee Simple | unknown | $715,000.00 |
| 55.19 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 13 BLOCK 4 Section: 02 Township: 17 Range: 13 /** 6776 E 127th Pl. S. Bixby, OK 74008 | Fee Simple | unknown | $750,000.00 |
| 55.20 **Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 16 BLOCK 3 Section: 03 Township: 17 Range: 13 /** 5907 E. 126th St. S. Bixby, OK 74008 | Fee Simple | unknown | $525,554.00 |
| 55.21 **Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 8 BLOCK 4 Section: 28 Township: 18 Range: 14 /** 2410 W. Charleston Broken Arrow, OK 74011 | Fee Simple | unknown | $429,000.00 |
| 55.22 **Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 7 BLOCK 3 Section: 28 Township: 18 Range: 14 /** 2413 W. Charleston Broken Arrow, OK 74011 | Fee Simple | unknown | $429,000.00 |

Debtor    **Asher Homes, LLC**                                         Case number *(if known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| 55.23 **Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 2 BLOCK 6 Section: 28 Township: 18 Range: 14 / 4516 S. Dogwood Broken Arrow, OK 74011** | Fee Simple | unknown | | $359,000.00 |
| 55.24 **Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 13 BLOCK 3 Section: 03 Township: 17 Range: 13 / 5813 E. 126th St S. Bixby, OK 74008** | Fee Simple | unknown | Zillow | $389,000.00 |

56.    **Total of Part 9**                                                                      | $12,716,760.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.    **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
|   Copyrighted House Plans | unknown | | unknown |
|   https://asherhomesok.com/ | unknown | | unknown |
| 65. **Goodwill** | | | |

Debtor     **Asher Homes, LLC**                                      Case number *(if known)* _____
_____
Name

---

66. **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                                    [                    ]

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☑ Yes. Fill in the information below.

   |  | **Current value of debtor's interest** |

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ – _____ = ➡   _____
                               Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   _____

   _____   Tax year _____   _____

   _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

   _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Countersuit v. Executive Homes LLC**                                    **unknown**

   Nature of claim         CJ 2023-2191

   Amount requested              **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor  **Asher Homes, LLC**
_____
Name

Case number *(if known)* _____

---

**Nature of claim** _____

**Amount requested** _____

76. **Trusts, equitable or future interests in property**
_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____

_____

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | unknown | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................... | | $12,716,760.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*.............91a. | $20,000.00 | + 91b. $12,716,760.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $12,736,760.00 |

| Fill in this information to identify the case: |
|---|

Debtor name   **Asher Homes, LLC**

United States Bankruptcy Court for the:   **Northern**   District of   **Oklahoma**
(State)

Case number (if known): _____

☐ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**

**Anthony's Painting LLC**

**Creditor's mailing address**

**2301 N Lewis**

**Tulsa, OK 74110**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **7/8/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

    **1) Anthony's Painting LLC**; 2) Spiritbank

**Describe debtor's property that is subject to a lien**

Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 7 BLOCK 3 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

|  | | |
|---|---|---|
|  | **$15,427.00** | **$429,000.00** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **$10,736,096.37**

**2.2** Creditor's name

**City National Bank and Trust Company**

Creditor's mailing address

**500 SW D Ave.**

**Lawton, OK 73501**

Creditor's email address, if known

_____

Date debt was incurred        **6/20/2023**

Last 4 digits of account number        __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        1) Emily and Spencer Roberts; 2) Millcreek Lumber & Supply Company; 3) Mill Creek Carpet and Tile Company; 4) COP Hometown Service, Inc.; 5) Renaissance, Inc.; 6) Stresscon, Inc.; 7) Hummingbird Electric Inc; 8) Frankenfield Capital, Inc. dba iFoam Insulation 102; 9) Watkins Sand Co, Inc.; **10) City National Bank and Trust Company**

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 13 BLOCK 4 Section: 02 Township: 17
Range: 13

        **$549,500.00**        **$750,000.00**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| Debtor | **Asher Homes, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | | |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.3** **Creditor's name**

**City National Bank and Trust Company**

**Creditor's mailing address**

**500 SW D Ave.**

**Lawton, OK 73501**

Creditor's email address, if known

_____

Date debt was incurred ___**10/9/2023**___

Last 4 digits of account number  __ __  __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        1) Ultimate Cabinets; 2) Millcreek Lumber & Supply Company; 3) Insulation Services of Tulsa, LLC; 4) COP Hometown Service, Inc.; 5) Esteban Contreras; 6) Watkins Sand Co., Inc.; **7) City National Bank and Trust Company**

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 16 BLOCK 3 Section: 03 Township: 17 Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

| Column A | Column B |
|---|---|
| $378,500.00 | $525,554.00 |

Debtor **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** Creditor's name

**City National Bank and Trust Company**

Creditor's mailing address

**500 SW D Ave.**

**Lawton, OK 73501**

Creditor's email address, if known

_____

Date debt was incurred   **7/28/2023**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) City National Bank and Trust Company**; 2) Watkins Sand Co., Inc.; 3) Insulation Services of Tulsa, LLC; 4) Ultimate Cabinets; 5) Millcreek Lumber & Supply Company

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 13 BLOCK 3 Section: 03 Township: 17 Range: 13

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$433,629.00** | **$389,000.00** |

Debtor   **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** Creditor's name

**COP Hometown Service, Inc.**

Creditor's mailing address

**c/o Robinett Swartz and Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred        **4/8/2024**

Last 4 digits of account number       __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) DP Custom Trim Carpentry LLC; 2) Custom Cut Woodwork LLC; 3) Millcreek Lumber & Supply Company; **4) COP Hometown Service, Inc.**; 5) Frankenfield Capital, Inc. dba iFoam Insulation 102; 6) GP Stone LLC; 7) Executive Homes, LLC; 8) Spiritbank

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 20 BLOCK 7 Section: 28 Township: 18 Range: 14

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

|  | | $5,758.40 | $435,720.00 |
|---|---|---|---|

Debtor    **Asher Homes, LLC**                                      Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.6** Creditor's name

**COP Hometown Service, Inc.**

**Creditor's mailing address**

c/o Robinett Swartz and Duren

401 S. Boston 1600

Tulsa, OK 74103

Creditor's email address, if known

_____

Date debt was incurred    **4/8/2024**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

     1) Custom Cut Woodwork LLC; 2) Millcreek Lumber & Supply Company; **3) COP Hometown Service, Inc.**; 4) Resaissance, Inc.; 5) Frankenfield Capital, Inc. dba iFoam Insulation 102; 6) GP Stone LLC; 7) Executive Homes, LLC; 8) Spiritbank

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$5,384.40**     **$566,821.00**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor  **Asher Homes, LLC**                                    Case number (if known) _____
Name

| | | Column A | Column B |
|---|---|---|---|
| **Part 1:** | Additional Page | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name

**COP Hometown Service, Inc.**

Creditor's mailing address

**c/o Robinett Swartz and Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred          **4/8/2024**

Last 4 digits of account number          __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) Emily and Spencer Roberts; **2) COP Hometown Service, Inc.**; 3) J Team Pools and Spas, Inc; 4) Mabrey Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 3 BLOCK 5 Section: 02 Township: 17 Range: 13                    **$1,417.00**          **$659,000.00**

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **Asher Homes, LLC**                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.8** **Creditor's name**

**COP Hometown Service, Inc.**

**Creditor's mailing address**

c/o Robinett Swartz and Duren

401 S. Boston 1600

Tulsa, OK 74103

**Creditor's email address, if known**

_____

Date debt was incurred   **4/17/2024**

Last 4 digits of account   ___ ___ ___ ___
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 13 BLOCK 4 Section: 02 Township: 17
Range: 13

**$8,767.00**          **$750,000.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.9** | **Creditor's name**

**COP Hometown Service, Inc.**

**Creditor's mailing address**

**c/o Robinett Swartz and Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

**Creditor's email address, if known**

_____

Date debt was incurred    **4/8/2024**

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802)
Legal: LOT 16 BLOCK 3 Section: 03 Township: 17
Range: 13

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$881.80 | $525,554.00

Debtor **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.10** **Creditor's name**

**Custom Cut Woodwork LLC**

**Creditor's mailing address**

**16500 S. Yale**

**Bixby, OK 74008**

**Creditor's email address, if known**

_____

Date debt was incurred     **4/29/2024**

Last 4 digits of account number    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Custom Cut Woodwork LLC**; 2) Mill Creek Lumber Co.; 3) Frankenfield Capital, Inc. ; 4) GP Stone LLC; 5) Executive Homes, LLC; 6) Spiritbank

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 12 BLOCK 7 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$1,913.75**

**$369,000.00**

Debtor **Asher Homes, LLC**
_____     Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

_Column A_
**Amount of claim**
Do not deduct the value of collateral.

_Column B_
**Value of collateral that supports this claim**

**2.11** **Creditor's name**
**Custom Cut Woodwork LLC**

**Creditor's mailing address**
**16500 S. Yale**

**Bixby, OK 74008**

**Creditor's email address, if known**
_____

**Date debt was incurred**   4/29/2024

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.5

**Describe debtor's property that is subject to a lien**
Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 20 BLOCK 7 Section: 28 Township: 18
Range: 14

**Describe the lien**
**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$3,436.25     $435,720.00

Debtor   **Asher Homes, LLC**
_____     Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.12** Creditor's name

**Custom Cut Woodwork LLC**

Creditor's mailing address

**16500 S. Yale**

**Bixby, OK 74008**

Creditor's email address, if known

_____

Date debt was incurred        **4/29/2024**

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.6**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$5,667.50**

Column B: **$566,821.00**

Debtor   **Asher Homes, LLC**                                        Case number (if known) _____

Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.13** Creditor's name

**DP Custom Trim Carpentry LLC**

Creditor's mailing address

**10725 Masters Circle Ave**

**Jenks, OK 74037**

Creditor's email address, if known

_____

Date debt was incurred     **10/16/2024**

Last 4 digits of account     ___ ___ ___ ___
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.5**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 20 BLOCK 7 Section: 28 Township: 18
Range: 14

**$450.00**

**$435,720.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **Asher Homes, LLC**                                                    Case number (if known) _____

Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.14** **Creditor's name**

**Emily and Spencer Roberts**

**Creditor's mailing address**

**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

**Creditor's email address, if known**

_____

Date debt was incurred     **11/25/2024**

Last 4 digits of account     **8   6   7   3**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Emily and Spencer Roberts**; 2) Mabrey Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: PEORIA PARK ADDN (32525) Legal: LT 23 BK 3 Section: 24 Township: 19 Range: 12

**unknown**          **$650,000.00**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

| Debtor | Asher Homes, LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.15**

**Creditor's name**

**Emily and Spencer Roberts**

**Creditor's mailing address**

**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

**Creditor's email address, if known**

| Date debt was incurred | **11/25/2024** |
|---|---|

| Last 4 digits of account number | **8   6   6   9** |
|---|---|

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        **1) Emily and Spencer Roberts**; 2) Mabrey Bank; 3) Millcreek Lumber & Supply Company; 4) Mabrey Bank

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: HICKORY CREEK OF JENKS (ALL OF THE SW NW & RESUB LT 3 BLK 2 POLLY T 2ND ADDN) (60667) Legal: LOT 5 BLOCK 9 Section: 36 Township: 18 Range: 12

**unknown**      **$599,000.00**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

Debtor  **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.16 Creditor's name**

**Emily and Spencer Roberts**

**Creditor's mailing address**

**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

**Creditor's email address, if known**

_____

**Date debt was incurred**    11/25/2024

**Last 4 digits of account number**   8   6   6   8

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines   2.7

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 3 BLOCK 5 Section: 02 Township: 17
Range: 13

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: **unknown**

Column B: **$659,000.00**

Debtor   **Asher Homes, LLC**
_____
Name

Case number (if known) _____

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Part 1:**   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.17** **Creditor's name**

**Emily and Spencer Roberts**

**Creditor's mailing address**

**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

**Creditor's email address, if known**

_____

Date debt was incurred   **11/22/2024**

Last 4 digits of account number   **5  8  7  1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    **1) Emily and Spencer Roberts**; 2) Stone Canyon Community Association, Inc; 3) Mabrey Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

LOT 14 BLOCK 4 DEER RUN AT STONE CANYON PHASE IV Rogers County Oklahoma

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**unknown**   **$800,000.00**

Debtor   **Asher Homes, LLC**                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

**2.18** Creditor's name

**Emily and Spencer Roberts**

Creditor's mailing address

**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred     **11/25/2024**

Last 4 digits of account     **8   6   7   0**
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Emily and Spencer Roberts**; 2) Millcreek Lumber & Supply Company; 3) Mabrey Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: DELAWARE PARK (70518) Legal: LOT 5 BLOCK 2 Section: 33 Township: 18 Range: 13

Describe the lien

**Judgment Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**          **$659,000.00**

---

Debtor   **Asher Homes, LLC**
_____                Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.19   Creditor's name**

**Emily and Spencer Roberts**

**Creditor's mailing address**

**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **11/25/2024**

**Last 4 digits of account number**    **8  6  7  2**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

  **1) Emily and Spencer Roberts**; 2) Sublime Constractors Inc; 3) Mabrey Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 1 BLOCK 1 Section: 02 Township: 17 Range: 13

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **$575,000.00**

Debtor    **Asher Homes, LLC**                                      Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim**
Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.20** Creditor's name
**Emily and Spencer Roberts**

Creditor's mailing address
**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

Creditor's email address, if known
_____

Date debt was incurred    **11/25/2024**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    **1) Emily and Spencer Roberts**; 2) Mabrey Bank

  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 18 BLOCK 4 Section: 02 Township: 17 Range: 13

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**          **$715,000.00**

Debtor  **Asher Homes, LLC**                                          Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim
Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.21** Creditor's name
**Emily and Spencer Roberts**

Creditor's mailing address
**111 W 5th St, Suite 500**

**Tulsa, OK 74103**

Creditor's email address, if known
_____

Date debt was incurred     **11/25/2024**

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.
   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien
Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 13 BLOCK 4 Section: 02 Township: 17
Range: 13

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**unknown**          **$750,000.00**

Debtor **Asher Homes, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.22** **Creditor's name**

**Esteban Contreras**

**Creditor's mailing address**

**10114 E 47th St.**

**Tulsa, OK 74146**

**Creditor's email address, if known**

_____

Date debt was incurred     **4/5/2024**

Last 4 digits of account number     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 16 BLOCK 3 Section: 03 Township: 17 Range: 13

$20,220.00     $525,554.00

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **Asher Homes, LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.23** **Creditor's name**

**Executive Homes, LLC**

**Creditor's mailing address**

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

**Creditor's email address, if known**

_____

Date debt was incurred      **7/13/2023**

Last 4 digits of account        **2  1  9  1**
number

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

    1) Tulsa Fireplace Supply; 2) Millcreek Lumber & Supply Company; 3) Watkins Sand Co, Inc.; **4) Executive Homes, LLC**; 5) Spiritbank

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 4 BLOCK 12 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Lis Pendens**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**unknown**          **$608,073.00**

Debtor   **Asher Homes, LLC**
Name

Case number (if known) _____

---

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.24** **Creditor's name**

**Executive Homes, LLC**

**Creditor's mailing address**

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.10**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 12 BLOCK 7 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Lis Pendens**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**unknown**        **$369,000.00**

---

Official Form 206D

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page ___ of ___

Debtor  **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.25** Creditor's name

**Executive Homes, LLC**

Creditor's mailing address

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

Creditor's email address, if known

_____

Date debt was incurred     **7/13/2023**

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines **2.5**

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 20 BLOCK 7 Section: 28 Township: 18
Range: 14

Describe the lien

lis pendens

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**unknown**

**$435,720.00**

Debtor    **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.26** Creditor's name

**Executive Homes, LLC**

Creditor's mailing address

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

Creditor's email address, if known

_____

Date debt was incurred    **7/13/2023**

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) Fransisco Torres; 2) Millcreek Lumber & Supply Company; **3) Executive Homes, LLC**; 4) Spiritbank

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 9 BLOCK 12 Section: 28 Township: 18 Range: 14

Describe the lien

lis pendens

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**unknown**    **$488,809.00**

Debtor   **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.27** Creditor's name

**Executive Homes, LLC**

**Creditor's mailing address**

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

Creditor's email address, if known

_____

Date debt was incurred     7/13/2023

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines   2.6

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14

**Describe the lien**

lis pendens

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**unknown**     **$566,821.00**

| Debtor | **Asher Homes, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| 2.28 | **Creditor's name** | | | |
|---|---|---|---|---|

**Creditor's name**

**Executive Homes, LLC**

**Creditor's mailing address**

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

**Creditor's email address, if known**

_____

**Date debt was incurred**      7/13/2023

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) Millcreek Lumber & Supply Company; **2) Executive Homes, LLC**; 3) Spiritbank

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 19 BLOCK 7 Section: 28 Township: 18 Range: 14

**Describe the lien**

 lis pendens

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

| | **unknown** | **$440,000.00** |
|---|---|---|

Debtor   **Asher Homes, LLC**                                          Case number (if known) _____
　　　　　Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.29** | **Creditor's name**

**Executive Homes, LLC**

**Creditor's mailing address**

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **7/13/2023**

**Last 4 digits of account number**      ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　　☑ No.  Specify each creditor, including this creditor, and its relative priority.

　　　　1) Millcreek Lumber & Supply Company; **2) Executive Homes, LLC**; 3) Spiritbank

　　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 11 Section: 28 Township: 18 Range: 14

**Describe the lien**

lis pendens
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

**unknown**          **$548,606.00**

Debtor   **Asher Homes, LLC**
_____   Case number (if known) _____
         Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.30**  **Creditor's name**

**Executive Homes, LLC**
_____

**Creditor's mailing address**

**2529 E. Northampton St.**
_____

**Broken Arrow, OK 74014**
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**      **7/13/2023**

**Last 4 digits of account
number**                 __ __ __ __

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes. Have you already specified the
relative priority?

   ☑ No. Specify each creditor, including
      this creditor, and its relative
      priority.

      1) Millcreek Lumber & Supply
      Company; 2) Millcreek Lumber
      & Supply Company; 3) Mill
      Creek Carpet and Tile
      Company; 4) Insulation
      Services of Tulsa, LLC; **5)
      Executive Homes, LLC**; 6)
      Spiritbank

   ☐ Yes. The relative priority of creditors
      is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 6 BLOCK 6 Section: 28 Township: 18
Range: 14

**Describe the lien**

lis pendens
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: **unknown**

Column B: **$397,804.00**

Debtor   **Asher Homes, LLC**
_____     Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.31** Creditor's name

**Executive Homes, LLC**

Creditor's mailing address

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

Creditor's email address, if known

_____

Date debt was incurred   **7/13/2023**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      **1) Executive Homes, LLC**; 2) Spirit Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 7 BLOCK 6 Section: 28 Township: 18
Range: 14

Describe the lien

lis pendens

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

Column A: **unknown**

Column B: **$445,012.00**

Debtor    **Asher Homes, LLC**                                        Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.32** **Creditor's name**

**Executive Homes, LLC**

**Creditor's mailing address**

**2529 E. Northampton St.**

**Broken Arrow, OK 74014**

**Creditor's email address, if known**

_____

**Date debt was incurred**    7/13/2023

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

      1) Ultimate Cabinets; 2) Millcreek Lumber & Supply Company; 3) Insulation Services of Tulsa, LLC; 4) Watkins Sand Co, Inc.; **5) Executive Homes, LLC**; 6) Spiritbank

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 6 Section: 28 Township: 18 Range: 14

**Describe the lien**

lis pendens
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**unknown**                    **$531,549.00**

Debtor   **Asher Homes, LLC**
_____   Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

_Column A_
**Amount of claim**
Do not deduct the value of collateral.

_Column B_
**Value of collateral that supports this claim**

**2.33** **Creditor's name**

**Frankenfield Capital, Inc.**

**Creditor's mailing address**

**dba iFoam Insulation 102**

**1080 E 11th Street B 203**

**Tulsa, OK 74128**

**Creditor's email address, if known**

_____

Date debt was incurred   **2/13/2024**

Last 4 digits of account number   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.10**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 12 BLOCK 7 Section: 28 Township: 18
Range: 14

**$3,750.95**    **$369,000.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

Debtor **Asher Homes, LLC**                                    Case number (if known) _____
        _____
        Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.34** **Creditor's name**

**Frankenfield Capital, Inc. dba**
**iFoam Insulation 102**

**Creditor's mailing address**

**1080 E 11th Street B 203**

**Tulsa, OK 74128**

**Creditor's email address, if known**
_____

**Date debt was incurred**      **2/13/2024**

**Last 4 digits of account**    __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.5**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 20 BLOCK 7 Section: 28 Township: 18
Range: 14

**$5,853.05**     **$435,720.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

Debtor   **Asher Homes, LLC**                                                     Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.35** Creditor's name

**Frankenfield Capital, Inc. dba iFoam Insulation 102**

Creditor's mailing address

**1080 E 11th Street B 203**

**Tulsa, OK 74128**

Creditor's email address, if known

_____

Date debt was incurred     **2/13/2024**

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.6**

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14

Describe the lien

_____

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| **$5,561.50** | **$566,821.00** |

Debtor    **Asher Homes, LLC**                                          Case number (if known) _____
     Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.36** Creditor's name

**Frankenfield Capital, Inc. dba iFoam Insulation 102**

Creditor's mailing address

**1080 E 11th Street B 203**

**Tulsa, OK 74128**

Creditor's email address, if known
_____

Date debt was incurred    **2/13/2024**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 13 BLOCK 4 Section: 02 Township: 17 Range: 13

**Amount of claim:** $7,718.85

**Value of collateral:** $750,000.00

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   **Asher Homes, LLC**

Name

Case number (if known) _____

---

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.37** Creditor's name

**Fransisco Torres**

Creditor's mailing address

**9128 S. Braden Ave. 201**

**Tulsa, OK 74137**

Creditor's email address, if known

_____

Date debt was incurred    **8/1/2024**

Last 4 digits of account
number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.26**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 9 BLOCK 12 Section: 28 Township: 18
Range: 14

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$7,223.00**                    **$488,809.00**

---

Debtor    **Asher Homes, LLC**                                          Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.38** **Creditor's name**

**GP Stone LLC**

**Creditor's mailing address**

**dba Granite Planet**

**2232 N. Harvard Ave**

**Tulsa, OK 74115**

Creditor's email address, if known

_____

Date debt was incurred     **2/5/2024**

Last 4 digits of account
number           ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.10**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 12 BLOCK 7 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$6,078.31**    Column B: **$369,000.00**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor    **Asher Homes, LLC**
_____
                Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.39** Creditor's name

**GP Stone LLC**

**Creditor's mailing address**

**dba Granite Planet**

**2232 N. Harvard Ave**

**Tulsa, OK 74115**

Creditor's email address, if known

_____

Date debt was incurred          **2/5/2024**

Last 4 digits of account        __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.5**

**Describe debtor's property that is subject to a lien**
Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 20 BLOCK 7 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$8,849.82**

Column B: **$435,720.00**

Debtor    **Asher Homes, LLC**                                    Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.40** Creditor's name

**GP Stone LLC**

Creditor's mailing address

**dba Granite Planet**

**2232 N. Harvard Ave**

**Tulsa, OK 74115**

Creditor's email address, if known

_____

Date debt was incurred     **2/5/2024**

Last 4 digits of account     ___ ___ ___ ___
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.6**

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 8 BLOCK 12 Section: 28 Township: 18
Range: 14

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$11,380.89**     Column B: **$566,821.00**

Debtor   **Asher Homes, LLC**
_____
Name

Case number (if known) _____

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**Part 1:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.41**   **Creditor's name**

**Hummingbird Electric Inc**

**Creditor's mailing address**

**c/o Joseph Hull PLLC**

**1717 S. Cheyenne**

**Tulsa, OK 74119**

Creditor's email address, if known

_____

Date debt was incurred     **2/23/2024**

Last 4 digits of account    ___ ___ ___ ___
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines   **2.2**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)    **$12,227.16**    **$750,000.00**
Legal: LOT 13 BLOCK 4 Section: 02 Township: 17
Range: 13

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor   **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.42** Creditor's name

**Insulation Services of Tulsa, LLC**

Creditor's mailing address

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred   **4/12/24**

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.30**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 6 BLOCK 6 Section: 28 Township: 18
Range: 14

**$5,865.60**   **$397,804.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Asher Homes, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.43** Creditor's name

**Insulation Services of Tulsa, LLC**

Creditor's mailing address

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred     **4/12/2024**

Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____
     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.32**

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 8 BLOCK 6 Section: 28 Township: 18
Range: 14

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

| | |
|---|---|
| **$6,357.60** | **$531,549.00** |

Debtor    **Asher Homes, LLC**

Name

Case number (if known) _____

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |

**2.44** Creditor's name

**Insulation Services of Tulsa, LLC**

Creditor's mailing address

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred    **4/12/2024**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.3**

Describe debtor's property that is subject to a lien

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 16 BLOCK 3 Section: 03 Township: 17 Range: 13

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$6,211.20**

Column B: **$525,554.00**

---

Debtor     **Asher Homes, LLC**
_____     Case number (if known) _____
Name

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.45** Creditor's name

**Insulation Services of Tulsa, LLC**

Creditor's mailing address

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

_____

Date debt was incurred     **4/12/2024**

Last 4 digits of account number     ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 13 BLOCK 3 Section: 03 Township: 17 Range: 13

**$4,840.80** | **$389,000.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.46** Creditor's name

**J Team Pools and Spas, Inc**

Creditor's mailing address

**4009 South Sycamore Ave**

**Broken Arrow, OK 74011**

Creditor's email address, if known

_____

Date debt was incurred    **2/9/2024**

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

  ☑ Yes. The relative priority of creditors is specified on lines **2.7**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 3 BLOCK 5 Section: 02 Township: 17
Range: 13

**$29,250.00**          **$659,000.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Asher Homes, LLC**                                      Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.47** **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

**Creditor's email address, if known**

_____

**Date debt was incurred**       **7/24/2023**

**Last 4 digits of account**   **1  7  8  7**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     1) Ryder Brick Inc; 2) Millcreek Lumber & Supply Company; 3) Mill Creek Carpet and Tile Company; 4) Watkins Sand Co, Inc.; **5) Mabrey Bank**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: KIRKPATRICK HGTS (21500) Legal: LT 19 BLK 1 Section: 35 Township: 20 Range: 12

**$242,363.32**          **$346,812.00**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | Asher Homes, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.48** **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

**Creditor's email address, if known**

**Date debt was incurred** **7/14/2021**

**Last 4 digits of account number** **0 3 5 3**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines **2.14**

**Describe debtor's property that is subject to a lien**

Subdivision: PEORIA PARK ADDN (32525) Legal: LT 23 BK 3 Section: 24 Township: 19 Range: 12

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$580,125.00     $650,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ___ of ___

Debtor    **Asher Homes, LLC**                         Case number (if known) _____

Name

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.49**   **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**8085 S. Yale**

**Tulsa, OK 74136-0000**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **4/30/24**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

     ☐ No.   Specify each creditor, including this creditor, and its relative priority.

         _____

         _____

     ☑ Yes. The relative priority of creditors is specified on lines **2.15**

**Describe debtor's property that is subject to a lien**

Subdivision: HICKORY CREEK OF JENKS (ALL OF THE SW NW & RESUB LT 3 BLK 2 POLLY T 2ND ADDN) (60667) Legal: LOT 5 BLOCK 9 Section: 36 Township: 18 Range: 12

| | **unknown** | **$599,000.00** |
|---|---|---|

**Describe the lien**

**lis pendens**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor  **Asher Homes, LLC**                                    Case number (if known) _____
_____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.50** Creditor's name

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

**Creditor's email address, if known**

_____

Date debt was incurred        **12/1/2022**

Last 4 digits of account       **2   6   8   3**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.15**

**Describe debtor's property that is subject to a lien**

Subdivision: HICKORY CREEK OF JENKS (ALL OF THE SW NW & RESUB LT 3 BLK 2 POLLY T 2ND ADDN) (60667) Legal: LOT 5 BLOCK 9 Section: 36 Township: 18 Range: 12

**Describe the lien**

**Mortgage**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$470,439.61        $599,000.00

Debtor  **Asher Homes, LLC**                              Case number (if known) _____
        Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.51** Creditor's name

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

Creditor's email address, if known

_____

Date debt was incurred        465449.25

Last 4 digits of account        2  6  1  4
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　_____

　☑ Yes. The relative priority of creditors is specified on lines  **2.7**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 3 BLOCK 5 Section: 02 Township: 17
Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$654,169.79**      Column B: **$659,000.00**

Debtor  **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.52** **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

**Creditor's email address, if known**

_____

Date debt was incurred          **8/5/22**

Last 4 digits of account number          **0   2   3   1**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.17**

**Describe debtor's property that is subject to a lien**

LOT 14 BLOCK 4 DEER RUN AT STONE CANYON PHASE IV Rogers County Oklahoma

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$677,849.00          $800,000.00

Debtor  **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.53** **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

**Creditor's email address, if known**

_____

**Date debt was incurred**    2/15/2022

**Last 4 digits of account number**    1  0  0  9

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.18**

**Describe debtor's property that is subject to a lien**

Subdivision: DELAWARE PARK (70518) Legal: LOT 5 BLOCK 2 Section: 33 Township: 18 Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $476,056.00 | $659,000.00 |

Debtor   **Asher Homes, LLC**                                              Case number (if known) _____

Name

| Part 1: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

---

**2.54**  **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

Creditor's email address, if known

_____

Date debt was incurred         **2/1/2022**

Last 4 digits of account      **0   9   8   9**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.19**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 1 BLOCK 1 Section: 02 Township: 17
Range: 13

**Describe the lien**

 **Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$467,500.00**          **$575,000.00**

---

Debtor    **Asher Homes, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.55** **Creditor's name**

**Mabrey Bank**

**Creditor's mailing address**

**Yale Market**

**8085 S. Yale**

**Tulsa, OK 74136**

Creditor's email address, if known

_____

Date debt was incurred          **7/1/2021**

Last 4 digits of account     **1** **9** **4** **2**
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.20**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 18 BLOCK 4 Section: 02 Township: 17
Range: 13

**Describe the lien**

**Mortgage**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$511,288.88**    Column B: **$715,000.00**

Debtor    **Asher Homes, LLC**
_____    Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.56** **Creditor's name**

**Mill Creek Carpet and Tile Company**

**Creditor's mailing address**

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

**Creditor's email address, if known**

**Date debt was incurred**    **4/22/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.30**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 6 BLOCK 6 Section: 28 Township: 18
Range: 14

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$7,748.60**         **$397,804.00**

| Debtor | Asher Homes, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.57** Creditor's name

**Mill Creek Carpet and Tile Company**

Creditor's mailing address

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

Creditor's email address, if known

Date debt was incurred      **4/22/2024**

Last 4 digits of account number      __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines **2.47**

Describe debtor's property that is subject to a lien

Subdivision: KIRKPATRICK HGTS (21500) Legal: LT 19 BLK 1 Section: 35 Township: 20 Range: 12

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A Amount of claim: **$5,932.40**

Column B Value of collateral: **$346,812.00**

Debtor   **Asher Homes, LLC**                                     Case number (if known) _____

Name

---

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

**2.58** Creditor's name

**Mill Creek Carpet and Tile Company**

**Creditor's mailing address**

**c/o Robinett Swartz & Duren**

**401 S. Boston 1600**

**Tulsa, OK 74103**

**Creditor's email address, if known**

_____

**Date debt was incurred**   **4/22/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 13 BLOCK 4 Section: 02 Township: 17 Range: 13

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | **$5,976.99** | **$750,000.00** |

---

Debtor   **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.59** Creditor's name

Mill Creek Lumber Co.

**Creditor's mailing address**

PO Box 4770

Tulsa, OK 74159-0000

**Creditor's email address, if known**

_____

Date debt was incurred    **4/22/2024**

Last 4 digits of account number    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.10**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 12 BLOCK 7 Section: 28 Township: 18 Range: 14

**Describe the lien**

Mechanic's or Materialman's Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| **$29,243.99** | **$369,000.00** |

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

page ___ of ___

Debtor      **Asher Homes, LLC**                                      Case number (if known) _____
            Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

| 2.60 | Creditor's name | | |
|---|---|---|---|

**Millcreek Lumber & Supply Company**

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 4 BLOCK 12 Section: 28 Township: 18
Range: 14

**$30,548.65**          **$608,073.00**

**Creditor's mailing address**

P.O. Box 4770

Tulsa, OK 74159-0000

Describe the lien
**Mechanic's or Materialman's Lien**

**Creditor's email address, if known**
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

**Date debt was incurred**     4/22/2024

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.23**

Debtor   **Asher Homes, LLC**                                   Case number (if known) _____
           Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.61** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known
_____

Date debt was incurred   **4/22/2024**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.5**

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 20 BLOCK 7 Section: 28 Township: 18 Range: 14

Describe the lien
**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,859.09       $435,720.00

Debtor   **Asher Homes, LLC**

Name     Case number (if known) _____

---

| **Part 1:** | Additional Page |
| --- | --- |

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.62**   Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

_____

Date debt was incurred    **4/22/2024**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.26**

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 9 BLOCK 12 Section: 28 Township: 18 Range: 14

**$35,184.92**       **$488,809.00**

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

Debtor   **Asher Homes, LLC**
_____          Case number (if known) _____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.63** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known
_____

Date debt was incurred   **4/22/2024**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines  **2.6**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Column A: **$40,376.62**

Column B: **$566,821.00**

Debtor  **Asher Homes, LLC**                                    Case number (if known) _____
        Name

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.64** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known
_____

Date debt was incurred        **4/22/2024**

Last 4 digits of account       __ __ __ __
number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.28**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 19 BLOCK 7 Section: 28 Township: 18
Range: 14

**$39,698.61**      **$440,000.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor    **Asher Homes, LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | *Amount of claim* **Amount of claim** Do not deduct the value of collateral. | *Value of collateral* **Value of collateral that supports this claim** |

**2.65** **Creditor's name**

**Millcreek Lumber & Supply Company**

**Creditor's mailing address**

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

_____

Date debt was incurred     **4/22/2024**

Last 4 digits of account number     __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.29**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 11 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

| | |
|---|---|
| $39,698.61 | $548,606.00 |

Debtor   **Asher Homes, LLC**

Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.66** Creditor's name

**Millcreek Lumber & Supply Company**

**Creditor's mailing address**

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

_____

Date debt was incurred    **4/22/2024**

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.30**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 6 Section: 28 Township: 18 Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$22,683.92      $397,804.00

Debtor   **Asher Homes, LLC**                              Case number (if known) _____
_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.67** **Creditor's name**

**Millcreek Lumber & Supply Company**

**Creditor's mailing address**

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

**Creditor's email address, if known**
_____

**Date debt was incurred**       **4/22/2024**

**Last 4 digits of account number**       __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.30**

**Describe debtor's property that is subject to a lien**
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 6 Section: 28 Township: 18 Range: 14

**Describe the lien**
**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**$32,561.79**        **$397,804.00**

| Debtor | Asher Homes, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 1:** | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.68** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

_____

Date debt was incurred    **4/22/2024**

Last 4 digits of account    __ __ __ __
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.32**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 8 BLOCK 6 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$38,250.72**

Column B: **$531,549.00**

Debtor   **Asher Homes, LLC**
_____   Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.69** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

_____

Date debt was incurred   **4/22/2024**

Last 4 digits of account number   __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.47**

Describe debtor's property that is subject to a lien

Subdivision: KIRKPATRICK HGTS (21500) Legal: LT 19 BLK 1 Section: 35 Township: 20 Range: 12

**$2,063.34**    **$346,812.00**

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor **Asher Homes, LLC**

Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.70** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

Date debt was incurred      **12/11/2023**

Last 4 digits of account      **2  6  8  7**
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.15**

Describe debtor's property that is subject to a lien

Subdivision: HICKORY CREEK OF JENKS (ALL OF THE SW NW & RESUB LT 3 BLK 2 POLLY T 2ND ADDN) (60667) Legal: LOT 5 BLOCK 9 Section: 36 Township: 18 Range: 12

**$150,500.00**      **$599,000.00**

Describe the lien

**Mortgage**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Asher Homes, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 1:** | Additional Page | | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.71** **Creditor's name**

**Millcreek Lumber & Supply Company**

**Creditor's mailing address**

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

**Creditor's email address, if known**

_____

Date debt was incurred        **12/11/2023**

Last 4 digits of account        **2  6  8  6**
number

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.18**

**Describe debtor's property that is subject to a lien**

Subdivision: DELAWARE PARK (70518) Legal: LOT 5
BLOCK 2 Section: 33 Township: 18 Range: 13

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$192,944.00**        **$659,000.00**

Debtor  **Asher Homes, LLC**                                    Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.72** Creditor's name

**Millcreek Lumber & Supply Company**

Creditor's mailing address

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

Creditor's email address, if known

_____

Date debt was incurred    **4/22/2024**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

Describe debtor's property that is subject to a lien

Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 13 BLOCK 4 Section: 02 Township: 17 Range: 13

Describe the lien

**Mechanic's or Materialman's Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$28,686.06**    **$750,000.00**

Debtor   **Asher Homes, LLC**                                                Case number (if known) _____
      Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.73** **Creditor's name**

**Millcreek Lumber & Supply Company**

**Creditor's mailing address**

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

**Creditor's email address, if known**
_____

**Date debt was incurred**   **4/22/2024**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☑ Yes. The relative priority of creditors is specified on lines   **2.3**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802)
Legal: LOT 16 BLOCK 3 Section: 03 Township: 17
Range: 13

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Amount of claim:** $1,231.48

**Value of collateral:** $525,554.00

Debtor   **Asher Homes, LLC**                                          Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.74** **Creditor's name**

**Millcreek Lumber & Supply Company**

**Creditor's mailing address**

**P.O. Box 4770**

**Tulsa, OK 74159-0000**

**Creditor's email address, if known**

_____

**Date debt was incurred**      **7/29/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802)
Legal: LOT 13 BLOCK 3 Section: 03 Township: 17
Range: 13

**$21,300.25**     **$389,000.00**

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor   **Asher Homes, LLC**                                    Case number (if known) _____
     Name

| Part 1: | Additional Page | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.75** **Creditor's name**

**Renaissance, Inc.**

**Creditor's mailing address**

**505 W 125th Pl S. 300**

**Glenpool, OK 74033**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **3/19/24**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 13 BLOCK 4 Section: 02 Township: 17
Range: 13

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$13,525.72**        **$750,000.00**

Debtor   **Asher Homes, LLC**                                    Case number (if known) _____
      Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.76** **Creditor's name**

**Resaissance, Inc.**

**Creditor's mailing address**

**550 W. 125th Pl S 300**

**Glenpool, OK 74033**

**Creditor's email address, if known**

_____

Date debt was incurred      **3/19/2024**

Last 4 digits of account      __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines **2.6**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 8 BLOCK 12 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Column A:** **$9,059.70**

**Column B:** **$566,821.00**

Debtor   **Asher Homes, LLC**                                            Case number (if known) _____
_____
Name

| Part 1: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
Amount of claim
Do not deduct the value of collateral.

*Column B*
Value of collateral that supports this claim

---

**2.78** Creditor's name

**Santhosh Umapathy and Lakshmi Nagarajan**

Creditor's mailing address

**c/o Dean Foote**

**6914 S. Yorktown Ave. 102-A**

**Tulsa, OK 74136**

Creditor's email address, if known

Date debt was incurred    **2025**

Last 4 digits of account number    **4  7  4  3**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **unknown**
Column B: **unknown**

---

**2.79** Creditor's name

**Small Business Administration**

Creditor's mailing address

**409 3rd St.**

**Washington, DC 20416**

Creditor's email address, if known

_____

Date debt was incurred    **2020**

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Accounts Receivable as of 1/15/2025, BancFirst, City National Bank, First Pryority Bank, Mabrey Bank, Spirit Bank

Describe the lien
**Business Debt**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: **unknown**
Column B: **unknown**

---

**2.80** Creditor's name

**Spirit Bank**

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 7 BLOCK 6 Section: 28 Township: 18

Column A: **$348,000.00**
Column B: **$445,012.00**

Creditor's mailing address

1800 S. Baltimore

c/o Kenneth Wagner

Tulsa, OK 74119-0000

Creditor's email address, if known

Date debt was incurred    4/21/2023

Last 4 digits of account    6  4  9  5
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.31**

Range: 14

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.81**  **Creditor's name**

Spiritbank

**Creditor's mailing address**

1800 S Baltimore Ave 700

Tulsa, OK 74119-5216

**Creditor's email address, if known**

Date debt was incurred    4/26/2023

Last 4 digits of account    6  5  2  8
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  **2.23**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 4 BLOCK 12 Section: 28 Township: 18 Range: 14

$409,630.21        $608,073.00

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.82**  **Creditor's name**

Spiritbank

**Creditor's mailing address**

1800 S Baltimore Ave 700

Tulsa, OK 74119-5216

**Creditor's email address, if known**

Date debt was incurred    4/26/2023

Last 4 digits of account    6  5  2  6
number

**Do multiple creditors have an interest in the same property?**

☐ No

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 12 BLOCK 7 Section: 28 Township: 18 Range: 14

$257,512.46        $369,000.00

**Describe the lien**

Mortgage

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Yes. Have you already specified the relative priority?
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.10**

---

**2.83** Creditor's name
**Spiritbank**

Creditor's mailing address
**1800 S Baltimore Ave 700**
**Tulsa, OK 74119-5216**

Creditor's email address, if known

Date debt was incurred **4/21/2023**

Last 4 digits of account number **6 5 2 2**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.5**

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 20 BLOCK 7 Section: 28 Township: 18 Range: 14

$340,100.00    $435,720.00

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.84** Creditor's name
**Spiritbank**

Creditor's mailing address
**1800 S Baltimore Ave 700**
**Tulsa, OK 74119-5216**

Creditor's email address, if known

Date debt was incurred **6/9/2023**

Last 4 digits of account number **6 5 0 5**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☑ Yes. The relative priority of creditors is specified on lines **2.26**

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 9 BLOCK 12 Section: 28 Township: 18 Range: 14

$385,349.50    $488,809.00

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.85** Creditor's name
**Spiritbank**

Creditor's mailing address
**1800 S Baltimore Ave 700**
**Tulsa, OK 74119-5216**

Describe debtor's property that is subject to a lien
Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14

$400,087.44    $566,821.00

Describe the lien
**Mortgage**

Creditor's email address, if known

Date debt was incurred     5/9/2023

Last 4 digits of account number     6  5  2  7

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines  2.6

---

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.86 | Creditor's name | | |
|---|---|---|---|

**Creditor's name**

**Spiritbank**

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

Creditor's email address, if known

_____

Date debt was incurred     4/26/2023

Last 4 digits of account number     6  5  2  5

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☑ Yes. The relative priority of creditors is specified on lines  2.28

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 19 BLOCK 7 Section: 28 Township: 18
Range: 14

$288,290.73        $440,000.00

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.87 | Creditor's name | | |
|---|---|---|---|

**Creditor's name**

**Spiritbank**

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

Creditor's email address, if known

_____

Date debt was incurred     4/21/2023

Last 4 digits of account number     6  5  2  1

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 6 BLOCK 11 Section: 28 Township: 18
Range: 14

$440,000.00        $548,606.00

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Yes. The relative priority of creditors is specified on lines **2.29**

---

**2.88** | **Creditor's name**

**Spiritbank**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 6 Section: 28 Township: 18 Range: 14

$354,158.79    $397,804.00

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

**Describe the lien**

**Mortgage**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  3/18/2023

**Last 4 digits of account number**  6 5 2 3

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.30**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.89** | **Creditor's name**

**Spiritbank**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 6 Section: 28 Township: 18 Range: 14

$363,117.13    $531,549.00

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

**Describe the lien**

**Mortgage**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  5/18/2023

**Last 4 digits of account number**  6 5 2 4

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.32**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.90** | **Creditor's name**

**Spiritbank**

**Describe debtor's property that is subject to a lien**

Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 7 BLOCK 3 Section: 28 Township: 18 Range: 14

$333,711.16    $429,000.00

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

**Describe the lien**

**Mortgage**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**  5/9/2023

**Last 4 digits of account number**  6 4 8 8

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☑ Yes. The relative priority of creditors is specified on lines __2.1__

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| **2.91** | Creditor's name | | |
|---|---|---|---|

**Spiritbank**

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

**Creditor's email address, if known**

_____

Date debt was incurred    __1/6/2023__

Last 4 digits of account number    __6__ __3__ __0__ __4__

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 2 BLOCK 6 Section: 28 Township: 18 Range: 14

**$284,750.00**      **$359,000.00**

**Describe the lien**

**Mortgage**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| **2.92** | Creditor's name | | |
|---|---|---|---|

**Spiritbank**

**Creditor's mailing address**

**1800 S Baltimore Ave 700**

**Tulsa, OK 74119-5216**

**Creditor's email address, if known**

_____

Date debt was incurred    __2/1/2023__

Last 4 digits of account number    __6__ __3__ __7__ __2__

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

**$71,641.77**      **unknown**

**Describe the lien**

**Non-Purchase Money Security Interest**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| **2.93** | Creditor's name | | |
|---|---|---|---|

**Stone Canyon Community Association, Inc**

**Describe debtor's property that is subject to a lien**

LOT 14 BLOCK 4 DEER RUN AT STONE CANYON PHASE IV Rogers County Oklahoma

**$1,275.00**      **$800,000.00**

**Describe the lien**

Creditor's mailing address

PO Box 1110

Owasso, OK 74055

Creditor's email address, if known

_____

Date debt was incurred        11/3/2024

Last 4 digits of account        __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☑ Yes. The relative priority of creditors is specified on lines   2.17

**Homeowner's Association Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.94** | **Creditor's name**<br>**Stresscon, Inc.** | **Describe debtor's property that is subject to a lien**<br>Subdivision: RESERVE AT ADDISON CREEK (57954)<br>Legal: LOT 13 BLOCK 4 Section: 02 Township: 17<br>Range: 13 | $3,275.00 | $750,000.00 |

Creditor's mailing address

6533 E 11th St

Tulsa, OK 74112-0000

Creditor's email address, if known

_____

Date debt was incurred        3/1/2024

Last 4 digits of account        __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☑ Yes. The relative priority of creditors is specified on lines   2.2

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| | | | |
|---|---|---|---|
| **2.95** | **Creditor's name**<br>**Sublime Constractors Inc** | **Describe debtor's property that is subject to a lien**<br>Subdivision: RESERVE AT ADDISON CREEK (57954)<br>Legal: LOT 1 BLOCK 1 Section: 02 Township: 17<br>Range: 13 | $9,100.00 | $575,000.00 |

Creditor's mailing address

PO Box 2395

Sapulpa, OK 74067

Creditor's email address, if known

_____

Date debt was incurred        4/5/2024

Last 4 digits of account        __ __ __ __
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.19**

---

| 2.96 | Creditor's name |
|------|-----------------|

**Tulsa Fireplace Supply**

**Creditor's mailing address**

**PO Box Box 748**

**Broken Arrow, OK 74013**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **6/21/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.23**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 4 BLOCK 12 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$2,534.09**        **$608,073.00**

---

| 2.97 | Creditor's name |
|------|-----------------|

**Ultimate Cabinets**

**Creditor's mailing address**

**1810 N. 75th E. Ave**

**Tulsa, OK 74115**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **6/25/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.32**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 8 BLOCK 6 Section: 28 Township: 18
Range: 14

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**$13,796.00**        **$531,549.00**

---

| 2.98 | Creditor's name |
|------|-----------------|

**Ultimate Cabinets**

**Creditor's mailing address**

**1810 N. 75th E. Ave**

**Tulsa, OK 74115**

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802)
Legal: LOT 16 BLOCK 3 Section: 03 Township: 17
Range: 13

**Describe the lien**

**Mechanic's or Materialman's Lien**

**Is the creditor an insider or related party?**

**$15,384.00**        **$525,554.00**

☑ No
☐ Yes

Date debt was incurred    6/18/2024

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account
number        __ __ __ __

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☑ Yes. Have you already specified the
relative priority?

☐ Unliquidated

☑ Disputed

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☑ Yes. The relative priority of creditors
is specified on lines   2.3

---

| 2.99 | Creditor's name | | |
|------|-----------------|---|---|

**Ultimate Cabinets**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802)    $11,583.00    $389,000.00
Legal: LOT 13 BLOCK 3 Section: 03 Township: 17
Range: 13

Creditor's mailing address

**1810 N. 75th E. Ave**

**Describe the lien**

**Tulsa, OK 74115**

**Mechanic's or Materialman's Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    6/25/2024

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account
number        __ __ __ __

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☑ Yes. Have you already specified the
relative priority?

☐ Unliquidated

☑ Disputed

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

_____

☑ Yes. The relative priority of creditors
is specified on lines   2.4

---

| 2.100 | Creditor's name | | |
|-------|-----------------|---|---|

**Watkins Sand Co, Inc.**

**Describe debtor's property that is subject to a lien**

Subdivision: RETREAT BLOCKS 1-15, THE (80864)    $1,392.00    $608,073.00
Legal: LOT 4 BLOCK 12 Section: 28 Township: 18
Range: 14

Creditor's mailing address

**PO Box Box 687**

**Describe the lien**

**Bixby, OK 74008**

**Mechanic's or Materialman's Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred    2/12/2024

**Is anyone else liable on this claim?**

☑ No

Last 4 digits of account
number        __ __ __ __

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ No

☐ Contingent

☑ Yes. Have you already specified the
relative priority?

☐ Unliquidated

☑ Disputed

☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

_____

☑ Yes. The relative priority of creditors is specified on lines **2.23**

---

| 2.101 | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|

**2.101** Creditor's name

**Watkins Sand Co, Inc.**

Describe debtor's property that is subject to a lien

Subdivision: RETREAT BLOCKS 1-15, THE (80864)
Legal: LOT 8 BLOCK 6 Section: 28 Township: 18
Range: 14                                **$1,328.00        $531,549.00**

Creditor's mailing address

**PO Box Box 687**

**Bixby, OK 74008**

Describe the lien

**Mechanic's or Materialman's Lien**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **2/13/2024**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☑ Yes. The relative priority of creditors is specified on lines **2.32**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.102** Creditor's name

**Watkins Sand Co, Inc.**

Describe debtor's property that is subject to a lien

Subdivision: KIRKPATRICK HGTS (21500) Legal: LT
19 BLK 1 Section: 35 Township: 20 Range: 12    **$6,068.00        $346,812.00**

Creditor's mailing address

**PO Box Box 687**

**Bixby, OK 74008**

Describe the lien

**Mechanic's or Materialman's Lien**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **2/13/2024**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    __ __ __ __

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

_____

    ☑ Yes. The relative priority of creditors is specified on lines **2.47**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

**2.103** Creditor's name

**Watkins Sand Co, Inc.**

Describe debtor's property that is subject to a lien

Subdivision: RESERVE AT ADDISON CREEK (57954)
Legal: LOT 13 BLOCK 4 Section: 02 Township: 17
Range: 13                                **$448.00        $750,000.00**

Creditor's mailing address

**PO Box Box 687**

**Bixby, OK 74008**

Describe the lien

**Mechanic's or Materialman's Lien**

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred    **2/13/24**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.2**

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.104 | | | |
|---|---|---|---|

**Creditor's name**

Watkins Sand Co, Inc.

**Creditor's mailing address**

PO Box Box 687

Bixby, OK 74008

**Creditor's email address, if known**

_____

Date debt was incurred          2/13/2024

Last 4 digits of account number          __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.3**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 16 BLOCK 3 Section: 03 Township: 17 Range: 13

**Describe the lien**

Mechanic's or Materialman's Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$1,120.00          $525,554.00

---

| 2.105 | | | |
|---|---|---|---|

**Creditor's name**

Watkins Sand Co, Inc.

**Creditor's mailing address**

PO Box Box 687

Bixby, OK 74008

**Creditor's email address, if known**

_____

Date debt was incurred          2/13/2024

Last 4 digits of account number          __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.4**

**Describe debtor's property that is subject to a lien**

Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 13 BLOCK 3 Section: 03 Township: 17 Range: 13

**Describe the lien**

Mechanic's or Materialman's Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$2,047.00          $389,000.00

Debtor    **Asher Homes, LLC**                                          Case number (if known) _____
         Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joseph Hull**<br>**1717 S. Cheyenne**<br>**Tulsa, OK 74119** | Line 2. **2** | ___ ___ ___ ___ |
| **Shook and Johnson**<br>**7420 S. Yale Ave.**<br>**Tulsa, OK 74136** | Line 2. **2** | ___ ___ ___ ___ |
| **Crowe and Dunlevy**<br>**222 N. Detroit 600**<br>**Tulsa, OK 74120** | Line 2. **2** | ___ ___ ___ ___ |
| **Tulsa County District Attorney**<br>**Ste 450**<br>**201 W. 5th St.**<br>**Tulsa, OK 74103-0000** | Line 2. **2** | ___ ___ ___ ___ |
| **Hall Estill**<br>**521 E 2nd St Ste 1200**<br>**Tulsa, OK 74120-1855** | Line 2. **2** | ___ ___ ___ ___ |
| **Julia Allen**<br>**PO Box 995**<br>**Ketchum, OK 74349** | Line 2. **14** | ___ ___ ___ ___ |
| **Doerner Saunders Daniel and Anderson**<br>**Two West Second Street Suite 700**<br>**Attn David Herrold**<br>**Tulsa, OK 74103-0000** | Line 2. **14** | ___ ___ ___ ___ |
| **Conner & Winter, LLP**<br>**4100 First Place Tower**<br>**15 E 5th St**<br>**Tulsa, OK 74103-4345** | Line 2. **23** | ___ ___ ___ ___ |
| **Isaac Ellis**<br>**PO Box 521209**<br>**Tulsa, OK 74152** | Line 2. **23** | ___ ___ ___ ___ |
| **Gable Gotwals**<br>**110 N Elgin Ave Ste 200**<br>**Tulsa, OK 74120-1495** | Line 2. **23** | ___ ___ ___ ___ |

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **Hall Estill** | | | |
| **521 E 2nd St Ste 1200** | | Line 2. __23__ | ___ ___ ___ ___ |
| **Tulsa, OK 74120-1855** | | | |
| **Doerner Saunders Daniel and Anderson** | | | |
| **Two West Second Street Suite 700** | | | |
| **Attn David Herrold** | | Line 2. __49__ | ___ ___ ___ ___ |
| **Tulsa, OK 74103-0000** | | | |
| **Drummond Law Firm** | | | |
| **320 S. Boulder 300** | | Line 2. __49__ | ___ ___ ___ ___ |
| **Tulsa, OK 74103** | | | |
| **Eller and Detrich** | | | |
| **2727 E. 21st Street** | | Line 2. __49__ | ___ ___ ___ ___ |
| **Tulsa, OK 74114** | | | |
| **Rogers County District Attorney's Office** | | | |
| **200 South Lynn Riggs Blvd** | | Line 2. __49__ | ___ ___ ___ ___ |
| **Claremore, OK 74017** | | | |
| **Robinett, Swartz & Duren** | | | |
| **624 S Boston, Suite 900** | | Line 2. __60__ | ___ ___ ___ ___ |
| **Tulsa, OK 74119-0000** | | | |
| **Shena Elaine Burgess** | | | |
| **9175 S. Yale Ave. 300** | | Line 2. __80__ | ___ ___ ___ ___ |
| **Tulsa, OK 74137-0000** | | | |
| **James H. Ferris** | | | |
| **401 S. Boston** | | | |
| **1100 Mid Continent Tower** | | Line 2. __80__ | ___ ___ ___ ___ |
| **Tulsa, OK 74103-0000** | | | |
| **Gable Gotwals** | | | |
| **110 N Elgin Ave Ste 200** | | Line 2. __80__ | ___ ___ ___ ___ |
| **Tulsa, OK 74120-1495** | | | |
| **Crowe and Dunlevy** | | | |
| **222 N. Detroit 600** | | Line 2. __80__ | ___ ___ ___ ___ |
| **Tulsa, OK 74120** | | | |
| **Oklahoma Tax Commission** | | | |
| **2501 N Lincoln Blvd** | | Line 2. __80__ | ___ ___ ___ ___ |
| **Oklahoma City, OK 73105-4508** | | | |
| **Tulsa County District Attorney** | | | |
| **Ste 450** | | | |
| **201 W. 5th St.** | | Line 2. __80__ | ___ ___ ___ ___ |
| **Tulsa, OK 74103-0000** | | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Moyers Martin LLP** | | |
| **401 S. Boston 1100** | Line 2. __100__ | __ __ __ __ |
| **Tulsa, OK 74103** | | |

Fill in this information to identify the case:

Debtor name **Asher Homes, LLC**

United States Bankruptcy Court for the:

**Northern District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| _____ | _____ |

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

| Total claim | Priority amount |
|---|---|
| _____ | _____ |

Debtor   **Asher Homes, LLC**_____   Case number *(if known)*_____
       Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

   **1-800 Water Damage of Greater NW Tulsa**

   **421 S Lincoln Ave suite D**

   **Sand Springs, OK 74063**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    **4  -  1  1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** unknown

---

**3.2** Nonpriority creditor's name and mailing address

   **ABC Supply Co., Inc.**

   **7333 E. 38th St.**

   **Tulsa, OK 74135-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $73,694.47

---

**3.3** Nonpriority creditor's name and mailing address

   **AIRCO Service Inc**

   **1131 E 58th St**

   **Tulsa, OK 74146-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $149,636.90

---

**3.4** Nonpriority creditor's name and mailing address

   **AL Electric LLC**

   **2804 St Hwy JJ**

   **Niangua, MO 65713-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim:** $350.00

Debtor **Asher Homes, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.5** Nonpriority creditor's name and mailing address

**All Britton Plumbing Inc.**

**3507 S 177th W Ave**

**Sand Springs, OK 74063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

$608.33

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**American Leak Detection of NE Okla**

**123 N Birch St**

**Jenks, OK 74037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

$1,546.25

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**American Waste Control**

**1420 W 35th Street**

**Tulsa, OK 74107-0000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

$573.53

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Armando;s Custom Painting**

**320 S 63rd St.**

**Broken Arrow, OK 74014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

$9,500.00

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  __Asher Homes, LLC_____

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,967.50
| **Baker Irrigation** | *Check all that apply.*
| | ☐ Contingent
| **14700 S Harvard Ave** | ☐ Unliquidated
| **Bixby, OK 74008-0000** | ☐ Disputed
| | **Basis for the claim:** **Business Debt**
| Date or dates debt was incurred   **2024** | **Is the claim subject to offset?**
| Last 4 digits of account number   ___ ___ ___ ___ | ☑ No
| | ☐ Yes

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **BancFirst** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 2003** | ☑ Unliquidated
| | ☑ Disputed
| **200 E. Main** | **Basis for the claim:** **CJ 2024-3760**
| **Jenks, OK 74037-0000** |
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   **2024** | ☑ No
| Last 4 digits of account number   ___ ___ ___ ___ | ☐ Yes

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **Bradley and Bailey Gaines** | *Check all that apply.*
| | ☐ Contingent
| **c/o Julia Allen** | ☑ Unliquidated
| | ☑ Disputed
| **PO Box 995** | **Basis for the claim:** **CJ 2024-3308**
| **Ketchum, OK 74349** |
| | **Is the claim subject to offset?**
| Date or dates debt was incurred   **2024** | ☑ No
| Last 4 digits of account number   ___ ___ ___ ___ | ☐ Yes

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,205.63
| **Brundage Bone** | *Check all that apply.*
| | ☐ Contingent
| **PO Box 203499** | ☐ Unliquidated
| **Dallas, TX 75320-0000** | ☐ Disputed
| | **Basis for the claim:** **Business Debt**
| Date or dates debt was incurred   **2024** | **Is the claim subject to offset?**
| Last 4 digits of account number   ___ ___ ___ ___ | ☑ No
| | ☐ Yes

Debtor    **Asher Homes, LLC**
Name                                                              Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,684.83
| | *Check all that apply.* |
| **Builders First Source** | ☐ Contingent |
| **Ste 1600** | ☐ Unliquidated |
| | ☐ Disputed |
| **2001 Bryan St** | |
| **Dallas, TX 75201-0000** | **Basis for the claim:** **Business Debt** |
| | **Is the claim subject to offset?** |
| Date or dates debt was incurred    **2024** | ☑ No |
| Last 4 digits of account number    __ __ __ __ | ☐ Yes |

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,849.50
| | *Check all that apply.* |
| **BWI Sanitation** | ☐ Contingent |
| **2203 N Brookline Ave,** | ☐ Unliquidated |
| | ☐ Disputed |
| **Republic, MO 65738** | |
| | **Basis for the claim:** **Business Debt** |
| Date or dates debt was incurred    **2024** | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,268.75
| | *Check all that apply.* |
| **DK Waste Water Services** | ☐ Contingent |
| **General Address** | ☐ Unliquidated |
| | ☐ Disputed |
| **Talala, OK 74080** | |
| | **Basis for the claim:** **Business Debt** |
| Date or dates debt was incurred    **2024** | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.00
| | *Check all that apply.* |
| **DP Custom Trim Carpentry LLC** | ☐ Contingent |
| **10725 Masters Circle Ave** | ☐ Unliquidated |
| | ☐ Disputed |
| **Jenks, OK 74037** | |
| | **Basis for the claim:** **Business Debt** |
| Date or dates debt was incurred    **2024** | **Is the claim subject to offset?** |
| Last 4 digits of account number    __ __ __ __ | ☑ No |
| | ☐ Yes |

---

Debtor   **Asher Homes, LLC**
Name                                                         Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.17** Nonpriority creditor's name and mailing address

**Duster Cleaning Services LLC**

**14665 S 330th East Ave**

**Coweta, OK 74429**

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,735.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**EC Plumbing and Drain**

**10114 E 47th St**

**Tulsa, OK 74146**

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$15,300.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Evolve Plumbing**

**2201 S Rosedale Ave**

**Tulsa, OK 74107**

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$819.55**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Fabian Pineda**

**c/o Kathleen Pence**

**521 S. Main**

**Jenks, OK 74037**

Date or dates debt was incurred **2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CJ 2024-3581**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Asher Homes, LLC**
Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578.07** |
|---|---|---|---|

**FENSCO, INC.**

**1983 N Birch St**

**Jenks, OK 74037-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,052.43** |
|---|---|---|---|

**Floor and Decor Outlets of America, Inc**

**2500 Windy Ridge Pkwy SE**

**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |
|---|---|---|---|

**Free Willy Trust**

**c/o Zachary Enlow**

**2626 E. 21st Street 1**

**Tulsa, OK 74114**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred    _____

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number    **1  4  0  7**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,036.40** |
|---|---|---|---|

**Graphic Resources and Reproduction**

**4251 W Albany St**

**Broken Arrow, OK 74012-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

**Basis for the claim:**  **Business Debt**

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,546.25 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
**Green Country Plumbing**
**15167 W 18th Pl S,**
**Sand Springs, OK 74063**

Date or dates debt was incurred   **2024**
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*   **$1,546.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**Hardscape**
**11610 S. Memorial Rd**
**Bixby, OK 74008-0000**

Date or dates debt was incurred   **2024**
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*   **$10,247.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
**Indian Nation Fire Sprinkler**
**2300 N. Yellowood Ave**
**Broken Arrow, OK 74012-0000**

Date or dates debt was incurred   **2024**
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*   **$1,055.99**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
**Infinity Home Solutions LLC**
**12806 South Memorial Drive Suite 113**
**Bixby, OK 74008**

Date or dates debt was incurred   **2024**
Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*   **$10,220.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Asher Homes, LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.29** Nonpriority creditor's name and mailing address

**Installed Building Products of Tulsa**

**5634 S 122nd E Ave,**

**Tulsa, OK 74146**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$10,678.50

---

**3.30** Nonpriority creditor's name and mailing address

**J&E Concrete**

**1912 East 58TH Street**

**Tulsa, OK 74105**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$14,019.87

---

**3.31** Nonpriority creditor's name and mailing address

**James Cinocca III**

**c/o Holly Cinocca**

**6440 S. Lewis 100**

**Tulsa, OK 74136**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SC 2024-12852**

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.32** Nonpriority creditor's name and mailing address

**JDW Plumbing**

**1204 w Knoxville St**

**Broken Arrow, OK 74012**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$4,969.43

---

Debtor   **Asher Homes, LLC**                                          Case number *(if known)* _____
Name

| Part 2: | Additional Page |

---

**3.33**  Nonpriority creditor's name and mailing address

**Jetta Corporation**

**PO Box 26243**

**Oklahoma City, OK 73126-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$2,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.34**  Nonpriority creditor's name and mailing address

**Johnson Wood Works LLC**

**S Maybelle Ave, Tulsa, OK 74107**

**Tulsa, OK 74107**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$2,200.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.35**  Nonpriority creditor's name and mailing address

**Julio and Sons Painting**

**444 S 79th E. Ave.**

**Tulsa, OK 74112**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **$6,124.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.36**  Nonpriority creditor's name and mailing address

**Justin and Marissa Fengler, Trustees**

**c/o Brian Rayment**

**7666 East 61st St 550**

**Tulsa, OK 74133**

Date or dates debt was incurred    **2023**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    **unknown**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **CJ 2023-2763**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.37** Nonpriority creditor's name and mailing address

**Kalli Hannah and Kyle Wilber**

**c/o Jonathan Nation**

**624 S. Denver 300**

**Tulsa, OK 74119**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   **1  1  6  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.38** Nonpriority creditor's name and mailing address

**L&R Custom Painting LLC**

**12655 E. 16TH ST**

**Tulsa, OK 74128**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,700.00

---

**3.39** Nonpriority creditor's name and mailing address

**L&S Overhead Door**

**7338 E 38th St**

**Tulsa, OK 74145**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$21,067.21

---

**3.40** Nonpriority creditor's name and mailing address

**L&W Supply**

**12595 E 61st St**

**Broken Arrow, OK 74012-0000**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$80,395.26

---

Debtor    **Asher Homes, LLC**                           Case number *(if known)* _____

Name

---

| Part 2: | Additional Page |
|---|---|

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,517.61 |
|---|---|---|---|
| | **LifeStyles Stores, Inc.** | ☐ Contingent | |
| | **1801 W 33rd St** | ☐ Unliquidated | |
| | **Edmond, OK 73013-0000** | ☐ Disputed | |
| | | **Basis for the claim:** Business Debt | |
| | Date or dates debt was incurred    **2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,934.22 |
|---|---|---|---|
| | **Locke Supply** | ☐ Contingent | |
| | **PO Box 24980** | ☐ Unliquidated | |
| | **Oklahoma City, OK 73124-0000** | ☐ Disputed | |
| | | **Basis for the claim:** Business Debt | |
| | Date or dates debt was incurred    **2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | **Lucas Raith and Jennifer Abernathy** | ☐ Contingent | |
| | **c/o Julia Allen** | ☑ Unliquidated | |
| | **PO Box 995** | ☑ Disputed | |
| | **Ketchum, OK 74349** | **Basis for the claim:** CJ 2024-3309 | |
| | Date or dates debt was incurred    **2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $188.14 |
|---|---|---|---|
| | **M&M Lumber Company** | ☐ Contingent | |
| | **4711 South Mingo** | ☐ Unliquidated | |
| | **Tulsa, OK 74146-0000** | ☐ Disputed | |
| | | **Basis for the claim:** Business Debt | |
| | Date or dates debt was incurred    **2024** | Is the claim subject to offset? | |
| | Last 4 digits of account number   __ __ __ __ | ☑ No | |
| | | ☐ Yes | |

---

Debtor    **Asher Homes, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.45** Nonpriority creditor's name and mailing address

**Metro Appliances & More**

**5313 S Mingo Rd**

**Tulsa, OK 74146-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$31,035.58

---

**3.46** Nonpriority creditor's name and mailing address

**Mill Creek Lumber Co.**

**PO Box 4770**

**Tulsa, OK 74159-0000**

Date or dates debt was incurred    **11/27/2023**

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset?
☑ No
☐ Yes

$178,399.66

---

**3.47** Nonpriority creditor's name and mailing address

**Miller Electric**

**613 West 3rd St.**

**Mountain Grove, MO 65711-0000**

Date or dates debt was incurred    **2024**

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$7,444.54

---

**3.48** Nonpriority creditor's name and mailing address

**New Plumbing LLC**

**c/o Julia Allen**

**PO Box 995**

**Ketchum, OK 74349**

Date or dates debt was incurred    _____

Last 4 digits of account number    —— —— —— ——

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **CJ 2023-4039**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

Debtor   **Asher Homes, LLC**
_____   Case number *(if known)* _____
Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,107.20

**Oklahoma Employment Security Commission**

PO Box 52003

Oklahoma City, OK 73152-2003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **9/30/2024**

**Basis for the claim:** Business Debt

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,275.00

**Paradygm Development LLC**

8630 S Peoria Ave

Tulsa, OK 74132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2024**

**Basis for the claim:** Business Debt

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**Pradeep Pottumuthu**

6318 E. 127th St. S

Bixby, OK 74008

☐ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred   **2025**

**Basis for the claim:** SC 2025-203

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

**PS Plumbing**

P.O. Box 548

Skiatook, OK 74070

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred   **2024**

**Basis for the claim:** Business Debt

Last 4 digits of account number   **3 1 1 1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Asher Homes, LLC**
Name                                                                    Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,643.22 |

**R&L Plumbing Inc**

**7901 E 101st St**

**Tulsa, OK 74133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

Basis for the claim:  **Business Debt**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 |

**R&R Plumbing and Mechanical LLC**

**3537 S 65th W Ave**

**Tulsa, OK 74107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

Basis for the claim:  **Business Debt**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |

**RH Stucco and EIFS, LLC**

**1611 N Atlanta Ave**

**Tulsa, OK 74110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    **2024**

Basis for the claim:  **Business Debt**

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**Robinson Air**

**5401 S 101st E Ave**

**Tulsa, OK 74146**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred    **2024**

Basis for the claim:  **Business Debt**

Last 4 digits of account number   **2   8   4   7**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor __**Asher Homes, LLC**__        Case number *(if known)* _____
         Name

---

**Part 2:**  Additional Page

---

**3.57**  Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,425.51

**Rosser Midwest Stone**

**P.O. Box 472254**

**Tulsa, OK 74147-0000**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **2024**

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.58**  Nonpriority creditor's name and mailing address        unknown

**Selva Prakash Raman**

**c/o Zach Enlow**

**2626 E. 21st Street 1**

**Tulsa, OK 74114**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Date or dates debt was incurred    _____

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    **1   8   5   4**

---

**3.59**  Nonpriority creditor's name and mailing address        unknown

**Sharod Tanden**

**c/o Conner and Winters**

**4100 First Place Tower 15 E. 5th Street**

**Tulsa, OK 74103**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: **CJ 2024-973**

Date or dates debt was incurred    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

---

**3.60**  Nonpriority creditor's name and mailing address        $62,296.27

**Sierra Pools and Spas LLC**

**13795 E 560 Rd**

**Inola, OK 74036**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    **2024**

Basis for the claim: **Business Debt**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___

---

Debtor   **Asher Homes, LLC**                                    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |

---

**3.62** | Nonpriority creditor's name and mailing address

**Standard Materials Group**

**4530 North Oak Street**

**Witter, AR 72776**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   **2   6   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.63** | Nonpriority creditor's name and mailing address

**Street Lamps of America**

**26319 E Hwy 51**

**Broken Arrow, OK 74014**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$2,734.71

---

**3.64** | Nonpriority creditor's name and mailing address

**Sublime Contractors**

**15717 W 71st St S**

**Sapulpa, OK 74066**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$3,965.00

---

**3.65** | Nonpriority creditor's name and mailing address

**Superior Termite & Pest Control**

**205 South 85th E Ave**

**Tulsa, OK 74112-0000**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$24,826.37

---

Debtor     **Asher Homes, LLC**                                                    Case number *(if known)* _____
           Name

---

**Part 2:**  Additional Page

---

**3.66**

Nonpriority creditor's name and mailing address

**The Womble Company dba Pella of Ok**

**4340 S Mingo Rd**

**Tulsa, OK 74146**

Date or dates debt was incurred        **2023**

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CJ 2023-7145**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.67**

Nonpriority creditor's name and mailing address

**Thomas and Gara Hurd**

**c/o Mitchell Bonds**

**203 E.. Hobson Ave**

**Sapulpa, OK 74066**

Date or dates debt was incurred        **8/11/2023**

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:     unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **CJ 2023-288 Rogers County**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.68**

Nonpriority creditor's name and mailing address

**Tony Parker**

**4920 E 105th St**

**Tulsa, OK 74137**

Date or dates debt was incurred        **2024**

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:     $10,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **SC 2024-16357**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.69**

Nonpriority creditor's name and mailing address

**Toros Construction Inc**

**7202 E 92nd ST**

**Tulsa, OK 74133**

Date or dates debt was incurred        **2024**

Last 4 digits of account number        ___ ___ ___ ___

As of the petition filing date, the claim is:     $15,415.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **Asher Homes, LLC**                                    Case number *(if known)* _____
         Name

| **Part 2:** | Additional Page |
|---|---|

**3.70** Nonpriority creditor's name and mailing address

**Travis Martin Pools**

**5520 US Hwy 59. Grove**

**Grove, OK 74344**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:                 $1,050.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.71** Nonpriority creditor's name and mailing address

**Tulsa Fireplace Supply**

**PO Box Box 748**

**Broken Arrow, OK 74013**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:                 $13,840.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.72** Nonpriority creditor's name and mailing address

**US Crown LLC**

**213 w Los Angeles Pl**

**Broken Arrow, OK 74011**

Date or dates debt was incurred   **2024**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:                 $6,007.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

**Virginia Neel and Virginia Neel Revocable Mgmt Trust**

**c/o Eric Stall**

**2021 S. Lewis 520**

**Tulsa, OK 74104**

Date or dates debt was incurred   **2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:                 unknown
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **CJ 2023-511**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   __Asher Homes, LLC__                            Case number *(if known)* _____
         Name

---

**Part 2:**  Additional Page

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,836.25

__W Design LLC__

__608 E 3rd St__

__Tulsa, OK 74120__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   __2024__

**Basis for the claim:**  __Business Debt__

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown

__Watkins Sand Co, Inc.__

__PO Box Box 687__

__Bixby, OK 74008__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   __2024__

**Basis for the claim:**  __Business Debt__

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,490.54

__Whitacre Glass Works__

__8177 E 44th St__

__Tulsa, OK 74145__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   __2024__

**Basis for the claim:**  __Business Debt__

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,960.00

__Zip Zoom Drywall LLC__

__PO Box 243__

__Skiatook, OK 74070__

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   __2024__

**Basis for the claim:**  __Business Debt__

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Asher Homes, LLC**
Name

Case number *(if known)*

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **Doerner Saunders Daniel and Anderson**<br>**Two West Second Street Suite 700**<br>**Attn David Herrold**<br>**Tulsa, OK 74103-0000** | Line **3.52**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2  **Doerner Saunders Daniel and Anderson**<br>**Two West Second Street Suite 700**<br>**Attn David Herrold**<br>**Tulsa, OK 74103-0000** | Line **3.62**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3  **Doerner Saunders Daniel and Anderson**<br>**Two West Second Street Suite 700**<br>**Attn David Herrold**<br>**Tulsa, OK 74103-0000** | Line **3.23**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4  **Doerner, Saunders, Daniel & Anderson,LLP**<br>**2 W. Second St. Suite 700**<br>**Tulsa, OK 74114-0000** | Line **3.59**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5  **Greg A Metzer**<br>**1 South Broadway Ste 100**<br>**Edmond, OK 73034-0000** | Line **3.62**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6  **Mark Lyons**<br>**616 S. Main Ste. 201**<br>**Tulsa, OK 74119-0000** | Line **3.56**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7  **Metzer and Austin PLLC**<br>**1 South Broadway Suite 100**<br>**Edmond, OK 73034-0000** | Line **3.52**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)* _____

| Part 3: | Additional Page |
|---|---|

| 4.8 | **Shannon McMurray** | Line **3.1** |
| | **3015 E. Skelly Dr 324** | ☐ Not listed. Explain _____ __ __ __ __ __ |
| | **Tulsa, OK 74105** | |

Debtor __**Asher Homes, LLC**__
Name

Case number *(if known)* _____

---

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

---

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$951,995.12** |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$951,995.12** |

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Asher Homes, LLC** |
| United States Bankruptcy Court for the: | **Northern District of Oklahoma** |
| Case number (if known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Home Construction Contract<br>Contract to be ASSUMED | Andrew and Britney Dye |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Deed in Lieu of Foreclosure Agreement<br>Contract to be ASSUMED | City National Bank and Trust Company<br>500 SW D Ave.<br>Lawton, OK 73501 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Home Construction Contract<br>Contract to be ASSUMED | David and Stacy Hillstrom |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Home Construction Contract<br>Contract to be ASSUMED | Jeffrey and Laurel Roberts |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor    **Asher Homes, LLC**                                                    Case number *(if known)*
            Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5** State what the contract or lease is for and the nature of the debtor's interest — **Home Construction Contract** / **Contract to be ASSUMED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract | **Mahammad Rohail Khan and Douaa Nayeab Tahir** |
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — **Home Construction Contract** / **Contract to be ASSUMED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract | **Mark and Leslie Applebaum** |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest — **Home Construction Contract** / **Contract to be ASSUMED** <br> State the term remaining — **0 months** <br> List the contract number of any government contract | **Nabeel Mahmood** <br> **2005 W. Huntsville Place** <br> **Broken Arrow, OK 74011** |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest — **Home Construction Contract** <br> State the term remaining — **0 months** <br> List the contract number of any government contract | **Nikolaus and Jenna Prescott** |

Fill in this information to identify the case:

Debtor name __**Asher Homes, LLC**__

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Oklahoma**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1**   __**Daniel Ruhl**__ | __**9128 S BRADEN AVE STE 201**__ <br> Street <br><br> _____ <br> __**Tulsa, OK 74137**__ <br> City     State     ZIP Code | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Emily and Spencer Roberts** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **City National Bank and Trust Company** | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | **Asher Homes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | City National Bank and Trust Company | ☑ D<br>☐ E/F<br>☐ G |
| | | Mill Creek Lumber Co. | ☐ D<br>☑ E/F<br>☐ G |
| | | Thomas and Gara Hurd | ☐ D<br>☑ E/F<br>☐ G |
| | | Santhosh Umapathy and Lakshmi Nagarajan | ☑ D<br>☐ E/F<br>☐ G |
| | | Tony Parker | ☐ D<br>☑ E/F<br>☐ G |
| | | Fabian Pineda | ☐ D<br>☑ E/F<br>☐ G |
| | | Lucas Raith and Jennifer Abernathy | ☐ D<br>☑ E/F<br>☐ G |
| | | Bradley and Bailey Gaines | ☐ D<br>☑ E/F<br>☐ G |
| | | Selva Prakash Raman | ☐ D<br>☑ E/F<br>☐ G |
| | | Kalli Hannah and Kyle WIlber | ☐ D<br>☑ E/F<br>☐ G |
| | | New Plumbing LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | City National Bank and Trust Company | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Asher Homes, LLC**                                    Case number (if known) _____
          Name

▮  Additional Page if Debtor Has More Codebtors

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |
|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.2** | **Paradygm Development LLC** | **8630 S Peoria Ave** <br> Street <br><br> **Tulsa, OK 74132** <br> City    State    ZIP Code | **Lucas Raith and Jennifer Abernathy** | ☐ D  ☑ E/F  ☐ G |
| | | | **Bradley and Bailey Gaines** | ☐ D  ☑ E/F  ☐ G |
| **2.3** | **Precision Project Management** | **9128 S BRADEN AVE STE 201** <br> Street <br><br> **Tulsa, OK 74137** <br> City    State    ZIP Code | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D  ☐ E/F  ☐ G |
| | | | **Lucas Raith and Jennifer Abernathy** | ☐ D  ☑ E/F  ☐ G |
| | | | **Bradley and Bailey Gaines** | ☐ D  ☑ E/F  ☐ G |
| | | | **New Plumbing LLC** | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Asher Homes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Additional Page if Debtor Has More Codebtors |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.4 | **Ruhl Construction LLC** | **9128 S BRADEN AVE STE 201**<br>Street<br><br>**Tulsa, OK 74137**<br>City          State          ZIP Code | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Emily and Spencer Roberts** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Hummingbird Electric Inc** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **Mill Creek Lumber Co.** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Thomas and Gara Hurd** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Santhosh Umapathy and Lakshmi Nagarajan** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **BancFirst** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Lucas Raith and Jennifer Abernathy** | ☐ D<br>☑ E/F<br>☐ G |
| | | | **Bradley and Bailey Gaines** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Asher Homes, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Kalli Hannah and Kyle Wllber | ☐ D  ☑ E/F  ☐ G |
| | | Sharod Tanden | ☐ D  ☑ E/F  ☐ G |
| | | The Womble Company dba Pella of Ok | ☐ D  ☑ E/F  ☐ G |
| | | New Plumbing LLC | ☐ D  ☑ E/F  ☐ G |
| | | Virginia Neel and Virginia Neel Revocable Mgmt Trust | ☐ D  ☑ E/F  ☐ G |
| 2.5 | **Ruhl Properties LLC** — 9128 S BRADEN AVE STE 201 (Street) — Tulsa, OK 74137 (City / State / ZIP Code) | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | Santhosh Umapathy and Lakshmi Nagarajan | ☑ D  ☐ E/F  ☐ G |

| Debtor | **Asher Homes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | Lucas Raith and Jennifer Abernathy | ☐ D  ☑ E/F  ☐ G |
| | | | Kalli Hannah and Kyle Wilber | ☐ D  ☑ E/F  ☐ G |
| | | | New Plumbing LLC | ☐ D  ☑ E/F  ☐ G |
| 2.6 | Ruhl, Daniel | 9128 S BRADEN AVE STE 201 <br> Street <br><br> Tulsa, OK 74137 <br> City     State     ZIP Code | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | Emily and Spencer Roberts | ☑ D  ☐ E/F  ☐ G |
| | | | City National Bank and Trust Company | ☑ D  ☐ E/F  ☐ G |
| | | | City National Bank and Trust Company | ☑ D  ☐ E/F  ☐ G |
| | | | Mill Creek Lumber Co. | ☐ D  ☑ E/F  ☐ G |
| | | | Thomas and Gara Hurd | ☐ D  ☑ E/F  ☐ G |

| Debtor | **Asher Homes, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| | | Santhosh Umapathy and Lakshmi Nagarajan | ☑ D ☐ E/F ☐ G |
| | | Tony Parker | ☐ D ☑ E/F ☐ G |
| | | Fabian Pineda | ☐ D ☑ E/F ☐ G |
| | | Lucas Raith and Jennifer Abernathy | ☐ D ☑ E/F ☐ G |
| | | Bradley and Bailey Gaines | ☐ D ☑ E/F ☐ G |
| | | Selva Prakash Raman | ☐ D ☑ E/F ☐ G |
| | | Kalli Hannah and Kyle Wllber | ☐ D ☑ E/F ☐ G |
| | | New Plumbing LLC | ☐ D ☑ E/F ☐ G |
| | | City National Bank and Trust Company | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name _____**Asher Homes, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of Oklahoma**_____

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:** Summary of Assets

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................

   | $12,716,760.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................

   | $20,000.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................

   | $12,736,760.00 |

---

**Part 2:** Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $10,736,096.37 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | + $951,995.12 |

4. **Total liabilities**..........................................................................................................
   Lines 2 + 3a + 3b

   | $11,688,091.49 |

---

Fill in this information to identify the case:

Debtor name **Asher Homes, LLC**

United States Bankruptcy Court for the:
**Northern District of Oklahoma**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

**1.   Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From **01/01/2024** to<br>MM/ DD/ YYYY | **12/31/2024**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **unknown**<br>**$0.00** |
| **For the year before that:** | From **01/01/2023** to<br>MM/ DD/ YYYY | **12/31/2023**<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$25,360,557.00** |

**2.   Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to<br>MM/ DD/ YYYY | Filing date | _____ | _____ |
| **For prior year:** | From **01/01/2024** to<br>MM/ DD/ YYYY | **12/31/2024**<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to<br>MM/ DD/ YYYY | **12/31/2023**<br>MM/ DD/ YYYY | _____ | _____ |

Debtor    **Asher Homes, LLC**

Name                                                   Case number *(if known)*

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1.** **See attached list** <br> Creditor's name <br><br> Street <br><br><br> City      State    ZIP Code | | - | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| **3.2.** **City National Bank and Trust Company** <br> Creditor's name <br> **500 SW D Ave.** <br> Street <br><br> **Lawton, OK 73501** <br> City      State    ZIP Code | | **Agreement for Deed in Lieu in exchange for release of guarantees** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1.** **Daniel Ruhl** <br> Creditor's name <br> **4920 E. 105th Street** <br> Street <br><br> **Tulsa, OK 74137-6020** <br> City      State    ZIP Code <br> **Relationship to debtor** <br> **Manager/Member** | **2023** | **$113,632.00** | **per K1** |

Debtor   **Asher Homes, LLC**                                          Case number *(if known)* _____
Name

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **See attached list** Creditor's name _____ Street _____ City        State    ZIP Code | _____ | _____ | _____ |

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ City        State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **Thomas and Gara Hurd v. Asher Homes et al** | **Civil** | **Rogers County** Name **200 S Lynn Riggs Blvd** Street **Claremore, OK 74017-7808** City        State    ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |
| Case number **CJ 2023-288** | | | |

Debtor    **Asher Homes, LLC**
_____
Name

Case number *(if known)* _____

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **1800Water Damage of Greater NW Tulsa and Owasso v Asher Homes et al** | **Civil** | **Rogers County**<br>Name<br>**200 S Lynn Riggs Blvd**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-11** | | **Claremore, OK 74017-7808**<br>City          State          ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Emily and Spencer Roberts v. Asher Homes et al** | **Civil** | **Rogers County**<br>Name<br>**200 S Lynn Riggs Blvd**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-22** | | **Claremore, OK 74017-7808**<br>City          State     ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Mabrey Bank v. Asher Homes et al** | **Civil** | **Rogers County**<br>Name<br>**200 S Lynn Riggs Blvd**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-248** | | **Claremore, OK 74017-7808**<br>City          State     ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Pradeep Pottumuth v Eagle Lending** | **Small Claims** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**SC 2025-203** | | **Tulsa, OK 74103-3838**<br>City          State     ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Santhosh Umapathy et al v. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-4743** | | **Tulsa, OK 74103-3838**<br>City          State     ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Tony Parker v. Asher Homes ILC and Daniel Ruhl** | **Small Claims** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**SC 2024-16357** | | **Tulsa, OK 74103-3838**<br>City          State     ZIP Code | |

Debtor    **Asher Homes, LLC**                                                                Case number *(if known)* _____
_____
Name

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **BancFirst v. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br><br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**CJ 2024-3760** | | | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Fabian Pineda v. Asher Homes et al** | **Civil** | **Tulsa County District Court**<br>Name<br><br>**500 S Denver Ave**<br>Street<br><br>**Suite 109**<br>**Tulsa, OK 74103-3838**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**CJ 2024-3581** | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **James Cinocca III vs. Asher Homes LLC** | **Small Claims** | **District Court of Tulsa County**<br>Name<br><br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br><br>**SC 2024-12852** | | | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Lucas Raith and Jennifer Abernathy v Asher Homes et al** | **Civil** | **Tulsa County District Court**<br>Name<br><br>**500 S Denver Ave**<br>Street<br><br>**Suite 109**<br>**Tulsa, OK 74103-3838**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**CJ 2024-3309** | | | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Bradley & Bailey Gaines v. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br><br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**CJ 2024-3308** | | | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **PS Plumbing v. Asher Homes LLC** | **Civil** | **District Court of Tulsa County**<br>Name<br><br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br><br>**CJ 2024-3111** | | | |

Debtor   **Asher Homes, LLC**
_____
Name                                                          Case number *(if known)* _____

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Israel Antuna Jr and Goldenwood Millwork v Asher Homes and Daniel Ruhl** | **Small Claims** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**SC 2024-10723** | | **Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Robinson Air Inc v. Asher Homes LLC** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-2847** | | **Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **City National Bank and Trust Company v. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-2693** | | **Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Standard Materials Group Inc v. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ 2024-2606** | | **Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Spirit Bank v. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**Cj 2024-2532** | | **Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | |

| 7.19. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Ellsworth Construction LLC vs. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>**CJ 2024-2377** | | **Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | |

Debtor   Asher Homes, LLC
Name                                                          Case number *(if known)*
Case 25-10067-T   Document 1   Filed in USBC ND/OK on 01/20/25   Page 146 of 191

| 7.20. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Selva Raman vs. Asher Homes LLC et al | Civil | District Court of Tulsa County<br>Name<br>500 S Denver Ave<br>Street<br>Tulsa, OK 74103-3838<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CJ 2024-1854 | | | |

| 7.21. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Ali Farooqui v. Asher Homes LLC et al | Small Claims | District Court of Tulsa County<br>Name<br>500 S Denver Ave<br>Street<br>Tulsa, OK 74103-3838<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>SC 2024-7162 | | | |

| 7.22. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Free WIlly Trust v. Asher Homes LLC | Civil | District Court of Tulsa County<br>Name<br>500 S Denver Ave<br>Street<br>Tulsa, OK 74103-3838<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CJ 2024-1407 | | | |

| 7.23. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Kalli Hannah and Kyle WIlber v. Asher Homes LLC et al | Civil | District Court of Tulsa County<br>Name<br>500 S Denver Ave<br>Street<br>Tulsa, OK 74103-3838<br>City  State  ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br>CJ 2024-1168 | | | |

| 7.24. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Shard and Smrita Tandon v. Asher Homes et al | Civil | District Court of Tulsa County<br>Name<br>500 S Denver Ave<br>Street<br>Tulsa, OK 74103-3838<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>CJ 2024-973 | | | |

| 7.25. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | The Womble Company vs Asher Homes LLC et al | Civil | District Court of Tulsa County<br>Name<br>500 S Denver Ave<br>Street<br>Tulsa, OK 74103-3838<br>City  State  ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>Cj 2023-7145 | | | |

Name

Case number *(if known)*

| 7.26. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Paragonx Holdings Inc.** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City      State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **CJ 2023-4093** | | | |

| 7.27. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **New Plumbing LLC v. Asher Homes et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2023-4039** | | | |

| 7.28. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Asher Homes v. Steven Garrett Huie** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2023-3606** | | | |

| 7.29. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Justin and Marissa Fengler v. Asher Homes LLC** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2023-2763** | | | |

| 7.30. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Executive Homes LLC v. Asher Homes et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City      State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2023-2191** | | | |

| 7.31. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Asher Homes v. Adam Barnes and Melissa Schmitt** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City      State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **CJ 2023-1493** | | | |

Debtor    **Asher Homes, LLC**
_____    Case number _(if known)_ _____
Name

| 7.32. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Virginia Neel et al v Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City          State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**CJ 2023-511** | | | |

| 7.33. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Matthew and Amy Ramsey vs. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City          State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**CJ 2022-3462** | | | |

| 7.34. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Mabrey Bank v. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City          State      ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**CJ-2024-1981** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name<br>_____<br>Street<br>_____<br>City          State      ZIP Code | Case title<br>_____<br>Case number<br>_____<br>Date of order or assignment<br>_____ | Court name and address<br>Name<br>_____<br>Street<br>_____<br>City          State      ZIP Code |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor   **Asher Homes, LLC**
_____   Case number *(if known)* _____
Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

_____

City                    State      ZIP Code
_____

**Recipient's relationship to debtor**

_____

---

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **embezzlement by former employer, Amy Diane Shelton** | none | **2022** | **>$1M** |
| 10.2. | **embezzlement of $12k from former employee** | none | **10/2023** | **$12,000.00** |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Brown Law Firm PC** | **Attorney's Fee, Filing fee** | **1/20/2025** | **$10,155.50** |

**Address**

**1609 E. 4th St.**
Street

_____

**Tulsa, OK 74120**
City                    State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

**Daniel Ruhl ($8417.50 attorney fees plus $1738 filing fee=$10155.50 paid)**

---

Debtor   **Asher Homes, LLC**
_____
Name

Case number *(if known)* _____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Tyler Nichols** | | **6/29/2023** | **$455,000.00** |
| | **Address** | | | |
| | **5913 E 126th St S.** | | | |
| | Street | | | |
| | **Bixby, OK 74008** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **none** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **SBK Property Holdings LLC** | **Spirit Bank sold the following properties to SBK Property Holdings LLC through mortgagee deeds for the listed amounts: 4611 S. Chestnut Ave Broken Arrow $313,000 2504 W. Birmingham Broken Arrow $313,000 2508 W. Birmingham Broken Arrow $313,000 4520 S. Dogwood Broken Arrow $390,000 4500 S. Dogwood Broken Arrow $356,000 1146 Bayshore Dr. Sand Springs $187,768 2410 W. Charleston Broken Arrow $389,000** | **12/30/2024** | **(Unknown)** |
| | **Address** | | | |
| | **1800 S. Baltimore Ave. 7th Floor** | | | |
| | Street | | | |
| | **Tulsa, OK 74119** | | | |
| | City          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

Debtor  **Asher Homes, LLC**
Name                                                    Case number *(if known)* _____

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **BancFirst** | **6560 E. 128th St. S. Bixby Ok Deed in lieu of foreclosure** | **5/30/2024** | **(Unknown)** |
| | Address | | | |
| | **200 E. Main** | | | |
| | Street | | | |
| | **PO Box 2003** | | | |
| | **Jenks, OK 74037-0000** | | | |
| | City                State      ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **see attached list** | | | **(Unknown)** |
| | Address | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City                State      ZIP Code | | | |
| | Relationship to debtor | | | |

| 13.5. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Classic Chevrolet** | **2023 Ford F150 sold to Chrevrolet Dealership- all funds applied to Spirit Bank loan** | | **(Unknown)** |
| | Address | | | |
| | **8501 N Owasso Expy** | | | |
| | Street | | | |
| | **Owasso, OK 74055** | | | |
| | City                State      ZIP Code | | | |
| | Relationship to debtor | | | |

Debtor   **Asher Homes, LLC**
Name                                                                    Case number *(if known)*

---

**13.6.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Spiritbank** | **Spirit Bank transferred deed under Non-judicial foreclosure Power of Sale by Mortgagee Deed to itself 2509 W. Charleston BA Ok $125,000 2511 W. Birmingham BA Ok $125,000** | **12/30/2024** | **(Unknown)** |

**Address**

**1800 S Baltimore Ave 700**
Street

**Tulsa, OK 74119-5216**
City                    State      ZIP Code

**Relationship to debtor**

**none**

---

**13.7.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Emily Christein** | **Spirit Bank provided mortgagee's deed on November 20, 2024** | | **$426,000.00** |

**Address**

**1616 W. 114th St S**
Street

**Jenks, OK 74037**
City                    State      ZIP Code

**Relationship to debtor**

**none**

---

**13.8.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Fengler Family Trust** | **Subdivision: COUNTRY GENTLEMEN ESTATES (70375) Legal: PRT LT 2 BEG NWC LT 2 TH E134.97 S300.10 W134.97 N300.03 POB BLK 3 Section: 27 Township: 18 Range: 13 Title has not yet transferred due to defects in title** | **2022** | **$1,150,000.00** |

**Address**

**c/o Brian Rayment 7666 E 61st St Ste 240**
Street

**c/o Kivell, Rayment, Francis, Coulson & Heat**
**Tulsa, OK 74133-1136**
City                    State      ZIP Code

**Relationship to debtor**

**none**

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

---

Debtor    **Asher Homes, LLC**                                Case number *(if known)* _____

       Name

14.1. _____                           From _____ To _____

       Street

_____

       City             State    ZIP Code

---

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City   State   ZIP Code | _____<br>_____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

---

Debtor  **Asher Homes, LLC**                                    Case number *(if known)*
_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Spiritbank**<br>Name<br>**1800 S Baltimore Ave 700**<br>Street<br><br>**Tulsa, OK 74119-5216**<br>City          State      ZIP Code | XXXX– __ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **4/2024** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1<br>Name<br><br>Street<br><br>City          State      ZIP Code | <br><br>**Address** | | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1<br>Name<br><br>Street<br><br>City          State      ZIP Code | <br><br>**Address** | | ☐ No<br><br>☐ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 15

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |

Name

Street

City                State    ZIP Code

---

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City            State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor     **Asher Homes, LLC**
Name

Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| | | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | _____ | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN:  __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City        State    ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Horizen CPAs and Advisors, PLC** Name | From **2021**    To **present** |
| **4715 E. 91st Street 100** Street | |
| **Tulsa, OK 74137** City        State    ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  **Horizon Certified Public Accountants PLC** Name | From **2021**    To **present** |
| **4715 East 91st Suite # 2** Street | |
| **Tulsa, OK 74137-0000** City        State    ZIP Code | |

Debtor    **Asher Homes, LLC**
Name                                                                          Case number *(if known)*

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Daniel Ruhl** | |
| Name | |
| **4920 E. 105th Street** | |
| Street | |
| | |
| **Tulsa, OK 74137-6020** | |
| City                        State                        ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Debtor does not believe there to be any financial statements given in last 2 years.** |
| Name |
| |
| Street |
| |
| |
| City                        State                        ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| |
| Street |
| |
| |
| City                        State                        ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Ruhl** | **9128 S BRADEN AVE STE 201 Tulsa, OK 74137** | **Manager, Member** | **100.00%** |

Debtor   **Asher Homes, LLC**                                    Case number *(if known)*
    Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. _____ | _____ | _____ | _____ |
| Name |  |  |  |
| _____ |  |  |  |
| Street |  |  |  |
| _____ |  |  |  |
| City                State        ZIP Code |  |  |  |
| **Relationship to debtor** |  |  |  |
| _____ |  |  |  |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**   Signature and Declaration

---

Debtor    **Asher Homes, LLC**
          Name                                                          Case number *(if known)*

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __01/20/2025__
              MM/  DD/  YYYY

**X** **/s/ Daniel Ruhl**                              Printed name              **Daniel Ruhl**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **20**

Fill in this information to identify the case:

Debtor name **Asher Homes, LLC**

United States Bankruptcy Court for the:
**Northern District of Oklahoma**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mill Creek Lumber Co. PO Box 4770 Tulsa, OK 74159-0000 | | Promissory Note | | | | $178,399.66 |
| 2 | AIRCO Service Inc 1131 E 58th St Tulsa, OK 74146-0000 | | Business Debt | | | | $149,636.90 |
| 3 | L&W Supply 12595 E 61st St Broken Arrow, OK 74012-0000 | | Business Debt | | | | $80,395.26 |
| 4 | ABC Supply Co., Inc. 7333 E. 38th St. Tulsa, OK 74135-0000 | | Business Debt | | | | $73,694.47 |
| 5 | Spiritbank 1800 S Baltimore Ave 700 Tulsa, OK 74119-5216 | | Non-Purchase Money Security Interest | | | | $71,641.77 |
| 6 | Sierra Pools and Spas LLC 13795 E 560 Rd Inola, OK 74036 | | Business Debt | | | | $62,296.27 |
| 7 | City National Bank and Trust Company 500 SW D Ave. Lawton, OK 73501 | | | | $433,629.00 | $389,000.00 | $44,629.00 |
| 8 | Metro Appliances & More 5313 S Mingo Rd Tulsa, OK 74146-0000 | | Business Debt | | | | $31,035.58 |

Debtor   **Asher Homes, LLC**
_____   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   Baker Irrigation<br>14700 S Harvard Ave<br>Bixby, OK 74008-0000 | | Business Debt | | | | $28,967.50 |
| 10   LifeStyles Stores, Inc.<br>1801 W 33rd St<br>Edmond, OK 73013-0000 | | Business Debt | | | | $28,517.61 |
| 11   Paradygm Development LLC<br>8630 S Peoria Ave<br>Tulsa, OK 74132 | | Business Debt | | | | $26,275.00 |
| 12   Mabrey Bank<br>Yale Market<br>8085 S. Yale<br>Tulsa, OK 74136 | | Mortgage | | $654,169.79 | $659,000.00 | $25,836.79 |
| 13   Spiritbank<br>1800 S Baltimore Ave 700<br>Tulsa, OK 74119-5216 | | Mortgage | | $354,158.79 | $397,804.00 | $25,214.70 |
| 14   Superior Termite & Pest Control<br>205 South 85th E Ave<br>Tulsa, OK 74112-0000 | | Business Debt | | | | $24,826.37 |
| 15   Mabrey Bank<br>Yale Market<br>8085 S. Yale<br>Tulsa, OK 74136 | | Mortgage | | $470,439.61 | $599,000.00 | $21,939.61 |
| 16   Millcreek Lumber & Supply Company<br>P.O. Box 4770<br>Tulsa, OK 74159-0000 | | Mechanic's or Materialman's Lien | Disputed | $21,300.25 | $389,000.00 | $21,300.25 |
| 17   L&S Overhead Door<br>7338 E 38th St<br>Tulsa, OK 74145 | | Business Debt | | | | $21,067.21 |
| 18   Whitacre Glass Works<br>8177 E 44th St<br>Tulsa, OK 74145 | | Business Debt | | | | $18,490.54 |
| 19   Toros Construction Inc<br>7202 E 92nd ST<br>Tulsa, OK 74133 | | Business Debt | | | | $15,415.88 |
| 20   EC Plumbing and Drain<br>10114 E 47th St<br>Tulsa, OK 74146 | | Business Debt | | | | $15,300.00 |

**Search Criteria - Full Name: Asher Homes , Party Type: All, Matching Mode: StartsWith, Date From: 1/1/1775, Date To: 1/17/2025, Doc Types: DEED, Book Types: All**

| IsViewed | Row | U | Doc # | Book/Page | Document Type | Recording Date | Party Type | Searched Name | First Other Party Name | Legal | Considera |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 2024058863 | | Deed | 07/22/2024 12:00:00 | From | ASHER HOMES LLC | BROWN BEAU D | ADDISON CREEK CROSSING Lot: 6 Block: 3 Sub: 86802 Acct: 730322650 | $857,961.0 |
| | 2 | | 2024056871 | | Deed | 07/16/2024 12:00:00 | From | ASHER HOMES LLC | SWATEK MARIA CIANFRONE | VILLAGE @ 1ELEVEN Lot: 7 Block: 4 Sub: 81833 Acct: 842862740 | $425,000.0 |
| | 3 | | 2024043536 | | Deed | 06/03/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | RESERVE AT ADDISON CREEK Lot: 13 Block: 3 Sub: 57954 Acct: 730241410 | $0.00 |
| | 4 | | 2024043110 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 9 Block: 12 Sub: 86800 Acct: 730344980 | $0.00 |
| | 5 | | 2024043111 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | RESERVE AT ADDISON CREEK Lot: 4 Block: 5 Sub: 57954 Acct: 730271640 | $0.00 |
| | 6 | | 2024043112 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 7 Block: 10 Sub: 86800 Acct: 730344670 | $0.00 |

| | 7 | 2024043113 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 4 Block: 10 Sub: 86800 Acct: 730344640 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 2024043114 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 5 Block: 10 Sub: 86800 Acct: 730344650 | $0.00 |
| | 9 | 2024043115 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | RESERVE AT ASPEN RIDGE Lot: 3 Block: 2 Sub: 80852 Acct: 740459110 | $0.00 |
| | 10 | 2024043116 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 3 Block: 13 Sub: 86800 Acct: 730345100 | $0.00 |
| | 11 | 2024043117 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 1-9 Lot: 13 Block: 3 Sub: 86799 | $0.00 |
| | 12 | 2024043118 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 1 Block: 14 Sub: 86800 Acct: 730345240 | $0.00 |
| | 13 | 2024043119 | | Deed | 05/31/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 7 Block: 14 Sub: 86800 Acct: 730345300 | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 2024041350 | | Deed | 05/23/2024 12:00:00 | From | ASHER HOMES LLC | FIRSTAR BANK | DELAWARE PARK Lot: 7 Block: 1 Sub: 70518 Acct: 833321460 | $0.00 |
| 15 | 2024035795 | | Deed | 05/08/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | ADDISON CREEK BLOCKS 10-15 Lot: 8 Block: 10 Sub: 86800 Acct: 730344680(+) | $0.00 |
| 16 | 2024032445 | | Deed | 04/29/2024 12:00:00 | From | ASHER HOMES LLC | BANCFIRST | RETREAT BLOCKS 1-15 Lot: 1 Block: 6 Sub: 80864 Acct: 842822940(+) | $0.00 |
| 17 | 2024026268 | | Deed | 04/09/2024 12:00:00 | From | ASHER HOMES LLC | RAITH LUCAS BENJAMIN | ADDISON CREEK BLOCKS 10-15 Lot: 4 Block: 14 Sub: 86800 Acct: 730345270 | $613,650.0 |
| 18 | 2024016403 | | Deed | 03/06/2024 12:00:00 | From | ASHER HOMES LLC | RAMAN SELVA PRAKASH | ADDISON CREEK BLOCKS 10-15 Lot: 2 Block: 14 Sub: 86800 Acct: 730345250 | $607,348.8 |
| 19 | 2024015788 | | Deed | 03/05/2024 12:00:00 | From | ASHER HOMES LLC | RESENDIZ OMAR ALFONSO | HICKORY CREEK OF JENKS Lot: 7 Block: 1 Sub: 60667 Acct: 823630460 | $459,000.0 |
| 20 | 2024008273 | | Deed | 02/02/2024 12:00:00 | From | ASHER HOMES LLC | OWASSO LUMBER COMPANY | YORKTOWN BLKS 31-35 Lot: 3 Block: 34 Sub: 60459 Acct: 730641680 | $615,000.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 21 | 2023102141 | | Deed | 12/08/2023 12:00:00 | From | ASHER HOMES LLC | ZUNT ROBERT | ADDISON CREEK BLOCKS 10-15 Lot: 18 Block: 12 Sub: 86800 Acct: 730345070 | $770,136.9 |
| 22 | 2023101493 | | Deed | 12/06/2023 12:00:00 | From | ASHER HOMES LLC | FREE WILIY TRUST | RESERVE AT ADDISON CREEK Lot: 14 Block: 3 Sub: 57954 Acct: 730241420 | $703,454.0 |
| 23 | 2023096775 | | Deed | 11/20/2023 12:00:00 | From | ASHER HOMES LLC | MACHANI KISHORE | ADDISON CREEK BLOCKS 10-15 Lot: 10 Block: 12 Sub: 86800 Acct: 730344990 | $366,926.6 |
| 24 | 2023093737 | | Deed | 11/09/2023 12:00:00 | From | ASHER HOMES LLC | NIANG ESTHER HAU | HICKORY CREEK OF JENKS Lot: 6 Block: 1 Sub: 60667 Acct: 823630450 | $457,500.0 |
| 25 | 2023090485 | | Deed | 11/01/2023 12:00:00 | From | ASHER HOMES LLC | WEALER JOHN | ADDISON CREEK BLOCKS 10-15 Lot: 1 Block: 10 Sub: 86800 Acct: 730344610 | $360,000.0 |
| 26 | 2023085475 | | Deed | 10/19/2023 12:00:00 | From | ASHER HOMES LLC | PHILLIPO DENNIS C | MAGNOLIA ESTATES Lot: 1 Block: 1 Sub: 55941 Acct: 733419300 | $515,000.0 |
| 27 | 2023084593 | | Deed | 10/18/2023 12:00:00 | From | ASHER HOMES LLC | LANKFORD JEFFREY BRAD | ADDISON CREEK BLOCKS 10-15 Lot: 1 Block: 12 Sub: 86800 Acct: 730344900 | $360,000.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28 | 2023077000 | | Deed | 09/21/2023 12:00:00 | From | ASHER HOMES LLC | CARNEY JONATHAN LOGAN | ADDISON CREEK BLOCKS 10-15 Lot: 2 Block: 12 Sub: 86800 Acct: 730344910 | $448,200.0 |
| 29 | 2023069283 | | Deed | 08/25/2023 12:00:00 | From | ASHER HOMES LLC | BELL DOUGLAS | RESERVE AT ADDISON CREEK Lot: 15 Block: 4 Sub: 57954 Acct: 730241570 | $569,000.0 |
| 30 | 2023068235 | | Deed | 08/22/2023 12:00:00 | From | ASHER HOMES LLC | GAINES BRADLEY | ADDISON CREEK BLOCKS 10-15 Lot: 6 Block: 10 Sub: 86800 Acct: 730344660 | $373,000.0 |
| 31 | 2023066016 | | Deed | 08/16/2023 12:00:00 | From | ASHER HOMES LLC | FOSSON ADAM ROBERT | ADDISON CREEK BLOCKS 10-15 Lot: 9 Block: 10 Sub: 86800 Acct: 730344690 | $339,255.0 |
| 32 | 2023061027 | | Deed | 07/31/2023 12:00:00 | From | ASHER HOMES LLC | NORDQUIST ANDREW | RESERVE AT ASPEN RIDGE Lot: 9 Block: 2 Sub: 80852 Acct: 740459170 | $690,281.6 |
| 33 | 2023061092 | | Deed | 07/31/2023 12:00:00 | From | ASHER HOMES LLC | BURSON SHERI | HADDINGTON HEIGHTS Lot: 3 Block: 1 Sub: 60662 Acct: 822538620 | $625,000.0 |
| 34 | 2023059628 | | Deed | 07/26/2023 12:00:00 | From | ASHER HOMES LLC | EEG KRISTIN | ADDISON CREEK BLOCKS 10-15 Lot: 3 Block: 10 Sub: 86800 Acct: 730344630 | $352,006.9 |

| 35 | 2023057016 | | Deed | 07/18/2023 12:00:00 | From | ASHER HOMES LLC | RUHL PROPERTIES LLC | SEVEN LAKES II Lot: 13 Block: 2 Sub: 58016 Acct: 730237210 | $0.00 |
| 36 | 2023056119 | | Deed | 07/14/2023 12:00:00 | From | ASHER HOMES LLC | MOHAMMED SAJID SULTAN | ADDISON CREEK BLOCKS 10-15 Lot: 11 Block: 10 Sub: 86800 Acct: 730344710 | $502,233.4 |
| 37 | 2023054821 | | Deed | 07/11/2023 12:00:00 | From | ASHER HOMES LLC | COCANOUGHER HAILEE | ADDISON CREEK BLOCKS 10-15 Lot: 10 Block: 10 Sub: 86800 Acct: 730344700 | $378,928.9 |
| 38 | 2023054888 | | Deed | 07/11/2023 12:00:00 | From | ASHER HOMES LLC | RUHL PROPERTIES LLC | RIVERSTONE ESTATES Lot: 4 Block: 2 Sub: 80865 Acct: 740416330 | $0.00 |
| 39 | 2023053252 | | Deed | 07/05/2023 12:00:00 | From | ASHER HOMES LLC | NICHOLS TYLER LYN | ADDISON CREEK BLOCKS 10-15 Lot: 2 Block: 10 Sub: 86800 Acct: 730344620 | $454,545.0 |
| 40 | 2023046072 | | Deed | 06/09/2023 12:00:00 | From | ASHER HOMES LLC | SINGLETERRY STETSON RAY | ADDISON CREEK BLOCKS 10-15 Lot: 16 Block: 13 Sub: 86800 Acct: 730345230 | $478,000.0 |
| 41 | 2023044704 | | Deed | 06/05/2023 12:00:00 | From | ASHER HOMES LLC | AKERS STEPHEN THOMAS | WEAVER ADDN Lot: 23 Block: 2 Sub: 46200 Acct: 930722080 | $505,000.0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 42 | 2023034909 | | Deed | 05/03/2023 12:00:00 | From | ASHER HOMES, LLC | BURKS KELLY A | WOODS OF JASPER ESTATES, THE Lot: 16 Block: 1 Sub: 82273 Acct: 740155350 | $849,026.4 |
| 43 | 2023033265 | | Deed | 04/28/2023 12:00:00 | From | ASHER HOMES, LLC | JONES CHRISTOPHER R | ADDISON CREEK BLOCKS 1-9 Lot: 4 Block: 7 Sub: 86799 Acct: 730346310 | $475,000.0 |
| 44 | 2023030433 | | Deed | 04/20/2023 12:00:00 | From | ASHER HOMES, LLC | COLLINS ANNE-CAMILLE | HICKORY CREEK OF JENKS Lot: 2 Block: 2 Sub: 60667 Acct: 823630500 | $548,900.0 |
| 45 | 2023026845 | | Deed | 04/11/2023 12:00:00 | From | ASHER HOMES LLC | MONTANEZ UNA Y | COUNTRY GENTLEMEN ESTATES Lot: 2 Block: 3 Sub: 70375 Acct: 832700145 BEG NE/C LT TH S300.17 SEE INST | $1,208,209 |
| 46 | 2023021340 | | Deed | 03/21/2023 12:00:00 | From | ASHER HOMES, LLC | WESTFALL ASHLEY DAWN | RESERVE AT ADDISON CREEK Lot: 4 Block: 1 Sub: 57954 Acct: 730241080(+) | $1,330,000 |
| 47 | 2023016193 | | Deed | 03/06/2023 12:00:00 | From | ASHER HOMES | GOHEEN TOM | RESERVE AT ADDISON CREEK Lot: 12 Block: 3 Sub: 57954 Acct: 730241400 | $546,320.0 |
| 48 | 2023013627 | | Deed | 02/23/2023 12:00:00 | From | ASHER HOMES | WERNER KIEL RYAN | HICKORY CREEK OF JENKS Lot: 1 Block: 3 Sub: 60667 Acct: 823630630 | $608,500.0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 49 | | | | Deed | 02/13/2023 12:00:00 | From | ASHER HOMES | SAVU ANA | RICHMOND HILLS Lot: 8 Block: 1 Sub: 71770 Acct: 830439520 | $267,194.9 |
| | 50 | | | | Deed | 01/31/2023 12:00:00 | From | ASHER HOMES | SMITH JONATHAN CALEB | RESERVE AT ADDISON CREEK Lot: 3 Block: 1 Sub: 57954 Acct: 730241070 | $673,363.0 |

Copyright 1999 - 2025. Harris Recording Solutions. All Rights Reserved.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

**In re**     Asher Homes, LLC

Case No. _____

**Debtor**

Chapter _____  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................  **$10,155.50**

Prior to the filing of this statement I have received ..................................................................  **$10,155.50**

Balance Due ............................................................................................................................  **$0.00**

2.  The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)     Daniel Ruhl ($8417.50 attorney fees plus $1738 filing fee=$10155.50 paid)

3.  The source of compensation to be paid to me is:

☐ Debtor          ☑ Other (specify)     Daniel Ruhl also paid $14844.50 additional retainer

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/20/2025 | /s/ Ron Brown |
|---|---|
| Date | Ron Brown |
| | *Signature of Attorney* |

Bar Number: 16352
Brown Law Firm PC
1609 E. 4th St.
Tulsa, OK 74120
Phone: (918) 585-9500

**Brown Law Firm PC**
*Name of law firm*

Revised 08/2020

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**    Asher Homes, LLC

**Debtor(s)**

**Case No.**

**Chapter**    11

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

- ☑ Original
- ☐ Amendment
  - ☐ Add    ☐ Delete

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

**If this filing is an amendment to the creditor list, indicate _only_ the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

__140__ # of Creditors (or if amended, # of creditors added)

Method of submission:

(a) ☑ uploaded to Electronic Case Filing System; or

(b) ☐ Creditor List Submission application (to be used by Pro Se filers, found on the court's website at www.oknb.uscourts.gov, or available in the Clerk's Office)

_____ # of Creditors (on attached list) to be deleted

| **/s/ Daniel Ruhl** | |
|---|---|
| Daniel Ruhl | Joint Debtor Signature |
| Debtor Signature | |
| Address: (if not represented by an attorney) | Address: (if not represented by an attorney) |
| | |
| | |
| Phone: (if not represented by an attorney) | Phone: (if not represented by an attorney) |

**Date**    01/20/2025

*[Check if applicable]*

☐ Creditors with foreign addresses included

**/s/ Ron Brown**

Ron Brown
Signature of Attorney

Bar Number: 16352

Brown Law Firm PC

1609 E. 4th St.

Tulsa, OK 74120

Phone: (918) 585-9500

Email: ron@ronbrownlaw.com

Name/OBA#/Address/Telephone #/Email

Revised 08/2020

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

<u>OFFICIAL CREDITOR LIST GUIDELINES</u>

The Official Creditor List must be provided to the court in electronic format and meet the following criteria as described below:

- The name and address of each creditor must be five (5) lines or fewer

- Each line may contain no more than 40 characters including spaces

- Names and addresses should be left justified (no leading spaces) with only one column of creditors

- If attention lines are used, they should appear on the second line of the address

- City, state, and ZIP code must be on the last line

- All states must be two-letter abbreviations

- If a nine-digit ZIP code is used, a hyphen must separate the first five digits from the last four digits

- DO NOT include the following names on the mailing list, they will be retrieved automatically by the court's computer system: debtor, joint debtor, attorney for debtor(s), United States Trustee

**Attorney Filers**
Most bankruptcy preparation software packages have the ability to save the creditor list electronically in the proper format. Please check with your software company to ensure you have this option.

**Filers without an Attorney (Pro Se Debtors)**
Filers without an attorney may submit creditors through the Creditor List Submission application which can be accessed from the Court's website at www.oknb.uscourts.gov, or in the Clerk's Office.

**Computer Access**
Any pro se debtor or attorney who does not have access to a computer may use the equipment located in the Clerk's office to create the Official Creditor List.

**Verification of Creditor List**
Each submission of an Official Creditor List shall be accompanied by a cover sheet or Verification as to Official Creditor List in the format outlined by the Clerk.

**Amendments**
Amendments to the Official Creditor List shall contain only names and addresses to be added to or deleted from the Official Creditor List and must comply with the above-described criteria.

1-800 Water Damage of
Greater NW Tulsa
421 S Lincoln Ave suite D
Sand Springs, OK 74063


ABC Supply Co., Inc.
7333 E. 38th St.
Tulsa, OK 74135-0000


AIRCO Service Inc
1131 E 58th St
Tulsa, OK 74146-0000


AL Electric LLC
2804 St Hwy JJ
Niangua, MO 65713-0000


All Britton Plumbing Inc.
3507 S 177th W Ave
Sand Springs, OK 74063


American Leak Detection of
NE Okla
123 N Birch St
Jenks, OK 74037


American Waste Control
1420 W 35th Street
Tulsa, OK 74107-0000


Andrew and Britney Dye

Anthony's Painting LLC
2301 N Lewis
Tulsa, OK 74110

Armando;s Custom Painting
320 S 63rd St.
Broken Arrow, OK 74014

Baker Irrigation
14700 S Harvard Ave
Bixby, OK 74008-0000

BancFirst
PO Box 2003
200 E. Main
Jenks, OK 74037-0000

Bradley and Bailey Gaines
c/o Julia Allen
PO Box 995
Ketchum, OK 74349

Brundage Bone
PO Box 203499
Dallas, TX 75320-0000

Builders First Source
Ste 1600
2001 Bryan St
Dallas, TX 75201-0000

BWI Sanitation
2203 N Brookline Ave,
Republic, MO 65738

City National Bank and Trust
Company
500 SW D Ave.
Lawton, OK 73501


Conner & Winter, LLP
4100 First Place Tower
15 E 5th St
Tulsa, OK 74103-4345


COP Hometown Service, Inc.
c/o Robinett Swartz and Duren
401 S. Boston 1600
Tulsa, OK 74103


Crowe and Dunlevy
222 N. Detroit 600
Tulsa, OK 74120


Custom Cut Woodwork LLC
16500 S. Yale
Bixby, OK 74008


Daniel Ruhl
9128 S BRADEN AVE STE 201
Tulsa, OK 74137


David and Stacy Hillstrom


DK Waste Water Services
General Address
Talala, OK 74080

Doerner Saunders Daniel and
Anderson
Two West Second Street Suite 700
Attn David Herrold
Tulsa, OK 74103-0000


Doerner, Saunders, Daniel &
Anderson,LLP
2 W. Second St. Suite 700
Tulsa, OK 74114-0000


DP Custom Trim Carpentry
LLC
10725 Masters Circle Ave
Jenks, OK 74037


Drummond Law Firm
320 S. Boulder 300
Tulsa, OK 74103


Duster Cleaning Services LLC
14665 S 330th East Ave
Coweta, OK 74429


EC Plumbing and Drain
10114 E 47th St
Tulsa, OK 74146


Eller and Detrich
2727 E. 21st Street
Tulsa, OK 74114


Emily and Spencer Roberts
111 W 5th St, Suite 500
Tulsa, OK 74103

Esteban Contreras
10114 E 47th St.
Tulsa, OK 74146

Evolve Plumbing
2201 S Rosedale Ave
Tulsa, OK 74107

Executive Homes, LLC
2529 E. Northampton St.
Broken Arrow, OK 74014

Fabian Pineda
c/o Kathleen Pence
521 S. Main
Jenks, OK 74037

FENSCO, INC.
1983 N Birch St
Jenks, OK 74037-0000

Floor and Decor Outlets of
America, Inc
2500 Windy Ridge Pkwy SE
Atlanta, GA 30339

Frankenfield Capital, Inc.
dba iFoam Insulation 102
1080 E 11th Street B 203
Tulsa, OK 74128

Frankenfield Capital, Inc. dba
iFoam Insulation 102
1080 E 11th Street B 203
Tulsa, OK 74128

Fransisco Torres
9128 S. Braden Ave. 201
Tulsa, OK 74137

Free Willy Trust
c/o Zachary Enlow
2626 E. 21st Street 1
Tulsa, OK 74114

Gable Gotwals
110 N Elgin Ave Ste 200
Tulsa, OK 74120-1495

GP Stone LLC
dba Granite Planet
2232 N. Harvard Ave
Tulsa, OK 74115

Graphic Resources and
Reproduction
4251 W Albany St
Broken Arrow, OK 74012-0000

Green Country Plumbing
15167 W 18th Pl S,
Sand Springs, OK 74063

Greg A Metzer
1 South Broadway Ste 100
Edmond, OK 73034-0000

Hall Estill
521 E 2nd St Ste 1200
Tulsa, OK 74120-1855

Hardscape
11610 S. Memorial Rd
Bixby, OK 74008-0000

Hummingbird Electric Inc
c/o Joseph Hull PLLC
1717 S. Cheyenne
Tulsa, OK 74119

Indian Nation Fire Sprinkler
2300 N. Yellowood Ave
Broken Arrow, OK 74012-0000

Infinity Home Solutions LLC
12806 South Memorial Drive Suite 113
Bixby, OK 74008

Installed Building Products of
Tulsa
5634 S 122nd E Ave,
Tulsa, OK 74146

Insulation Services of Tulsa,
LLC
c/o Robinett Swartz & Duren
401 S. Boston 1600
Tulsa, OK 74103

Isaac Ellis
PO Box 521209
Tulsa, OK 74152

J Team Pools and Spas, Inc
4009 South Sycamore Ave
Broken Arrow, OK 74011

J&E Concrete
1912 East 58TH Street
Tulsa, OK 74105


James Cinocca III
c/o Holly Cinocca
6440 S. Lewis 100
Tulsa, OK 74136


James H. Ferris
401 S. Boston
1100 Mid Continent Tower
Tulsa, OK 74103-0000


JDW Plumbing
1204 w Knoxville St
Broken Arrow, OK 74012


Jeffrey and Laurel Roberts


Jetta Corporation
PO Box 26243
Oklahoma City, OK 73126-0000


Johnson Wood Works LLC
S Maybelle Ave, Tulsa, OK 74107
Tulsa, OK 74107


Joseph Hull
1717 S. Cheyenne
Tulsa, OK 74119

Julia Allen
PO Box 995
Ketchum, OK 74349


Julio and Sons Painting
444 S 79th E. Ave.
Tulsa, OK 74112


Justin and Marissa Fengler,
Trustees
c/o Brian Rayment
7666 East 61st St 550
Tulsa, OK 74133

Kalli Hannah and Kyle WIlber
c/o Jonathan Nation
624 S. Denver 300
Tulsa, OK 74119

L&R Custom Painting LLC
12655 E. 16TH ST
Tulsa, OK 74128


L&S Overhead Door
7338 E 38th St
Tulsa, OK 74145


L&W Supply
12595 E 61st St
Broken Arrow, OK 74012-0000


LifeStyles Stores, Inc.
1801 W 33rd St
Edmond, OK 73013-0000

Locke Supply
PO Box 24980
Oklahoma City, OK 73124-0000

Lucas Raith and Jennifer
Abernathy
c/o Julia Allen
PO Box 995
Ketchum, OK 74349

M&M Lumber Company
4711 South Mingo
Tulsa, OK 74146-0000

Mabrey Bank
Yale Market
8085 S. Yale
Tulsa, OK 74136

Mabrey Bank
8085 S. Yale
Tulsa, OK 74136-0000

Mahammad and Douaa Khan

Mark and Leslie Applebaum

Mark Lyons
616 S. Main Ste. 201
Tulsa, OK 74119-0000

Metro Appliances & More
5313 S Mingo Rd
Tulsa, OK 74146-0000


Metzer and Austin PLLC
1 South Broadway Suite 100
Edmond, OK 73034-0000


Mill Creek Carpet and Tile
Company
c/o Robinett Swartz & Duren
401 S. Boston 1600
Tulsa, OK 74103

Mill Creek Lumber Co.
PO Box 4770
Tulsa, OK 74159-0000


Millcreek Lumber & Supply
Company
P.O. Box 4770
Tulsa, OK 74159-0000


Miller Electric
613 West 3rd St.
Mountain Grove, MO 65711-0000


Moyers Martin LLP
401 S. Boston 1100
Tulsa, OK 74103


Nabeel Mahmood
2005 W. Huntsville Place
Broken Arrow, OK 74011

New Plumbing LLC
c/o Julia Allen
PO Box 995
Ketchum, OK 74349


Nikolaus and Jenna Prescott


Oklahoma Employment
Security Commission
PO Box 52003
Oklahoma City, OK 73152-2003


Oklahoma Tax Commission
2501 N Lincoln Blvd
Oklahoma City, OK 73105-4508


Paradygm Development LLC
8630 S Peoria Ave
Tulsa, OK 74132


Pradeep Pottumuthu
6318 E. 127th St. S
Bixby, OK 74008


Precision Project
Management
9128 S BRADEN AVE STE 201
Tulsa, OK 74137


PS Plumbing
P.O. Box 548
Skiatook, OK 74070

R&L Plumbing Inc
7901 E 101st St
Tulsa, OK 74133


R&R Plumbing and Mechanical
LLC
3537 S 65th W Ave
Tulsa, OK 74107


Renaissance, Inc.
505 W 125th Pl S. 300
Glenpool, OK 74033


Resaissance, Inc.
550 W. 125th Pl S 300
Glenpool, OK 74033


RH Stucco and EIFS, LLC
1611 N Atlanta Ave
Tulsa, OK 74110


Robinett, Swartz & Duren
624 S Boston, Suite 900
Tulsa, OK 74119-0000


Robinson Air
5401 S 101st E Ave
Tulsa, OK 74146


Rogers County District
Attorney's Office
200 South Lynn Riggs Blvd
Claremore, OK 74017

Rosser Midwest Stone
P.O. Box 472254
Tulsa, OK 74147-0000

Ruhl Construction LLC
9128 S BRADEN AVE STE 201
Tulsa, OK 74137

Ruhl Properties LLC
9128 S BRADEN AVE STE 201
Tulsa, OK 74137

Daniel Ruhl
9128 S BRADEN AVE STE 201
Tulsa, OK 74137

Ryder Brick Inc
8290 E. 148th St. S.
Bixby, OK 74008

Santhosh Umapathy and
Lakshmi Nagarajan
c/o Dean Foote
6914 S. Yorktown Ave. 102-A
Tulsa, OK 74136

Selva Prakash Raman
c/o Zach Enlow
2626 E. 21st Street 1
Tulsa, OK 74114

Shannon McMurray
3015 E. Skelly Dr 324
Tulsa, OK 74105

Sharod Tanden
c/o Conner and Winters
4100 First Place Tower 15 E. 5th Street
Tulsa, OK 74103


Shena Elaine Burgess
9175 S. Yale Ave. 300
Tulsa, OK 74137-0000


Shook and Johnson
7420 S. Yale Ave.
Tulsa, OK 74136


Sierra Pools and Spas LLC
13795 E 560 Rd
Inola, OK 74036


Small Business
Administration
409 3rd St.
Washington, DC 20416


Spirit Bank
1800 S. Baltimore
c/o Kenneth Wagner
Tulsa, OK 74119-0000


Spiritbank
1800 S Baltimore Ave 700
Tulsa, OK 74119-5216


Standard Materials Group
4530 North Oak Street
Witter, AR 72776

Stone Canyon Community
Association, Inc
PO Box 1110
Owasso, OK 74055


Street Lamps of America
26319 E Hwy 51
Broken Arrow, OK 74014


Stresscon, Inc.
6533 E 11th St
Tulsa, OK 74112-0000


Sublime Constractors Inc
PO Box 2395
Sapulpa, OK 74067


Sublime Contractors
15717 W 71st St S
Sapulpa, OK 74066


Superior Termite & Pest
Control
205 South 85th E Ave
Tulsa, OK 74112-0000


The Womble Company dba
Pella of Ok
4340 S Mingo Rd
Tulsa, OK 74146


Thomas and Gara Hurd
c/o Mitchell Bonds
203 E.. Hobson Ave
Sapulpa, OK 74066

Tony Parker
4920 E 105th St
Tulsa, OK 74137

Toros Construction Inc
7202 E 92nd ST
Tulsa, OK 74133

Travis Martin Pools
5520 US Hwy 59. Grove
Grove, OK 74344

Tulsa County District Attorney
Ste 450
201 W. 5th St.
Tulsa, OK 74103-0000

Tulsa Fireplace Supply
PO Box Box 748
Broken Arrow, OK 74013

Ultimate Cabinets
1810 N. 75th E. Ave
Tulsa, OK 74115

US Crown LLC
213 w Los Angeles Pl
Broken Arrow, OK 74011

Virginia Neel and Virginia
Neel Revocable Mgmt Trust
c/o Eric Stall
2021 S. Lewis 520
Tulsa, OK 74104

W Design LLC
608 E 3rd St
Tulsa, OK 74120


Watkins Sand Co, Inc.
PO Box Box 687
Bixby, OK 74008


Whitacre Glass Works
8177 E 44th St
Tulsa, OK 74145


Zip Zoom Drywall LLC
PO Box 243
Skiatook, OK 74070