WAIVER OF NOTICE OF SPECIAL MEETING, SPECIAL MEETING AND STATEMENT REGARDING AUTHORITY TO SIGN AND FILE BANKRUPTCY PETITION

Daniel Ruhl declares under penalty of perjury that I am the Managing Member of Asher Homes LLC. I have called a special meeting and declare the following to be minutes of the special meeting dated January 20, 2025

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of the United States Code;

Be It Therefore Resolved, that, Daniel Ruhl of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Daniel Ruhl, of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, make business and legal decisions within the bankruptcy, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved, that Daniel Ruhl, of this Company is authorized and directed to employ Ron D. Brown OBA 16352, attorney and the law firm of Brown Law Firm PC to represent the Company in such bankruptcy case."

Date January 20, 2025

Asher Homes LLC

By__/s/ Daniel Ruhl_________________

Daniel Ruhl, Manager