**Fill in this information to identify the case:**

Debtor Name **Asher Homes, LLC**

United States Bankruptcy Court for the: **Northern** District of **Oklahoma**

(State)

Case number (If known): **25-10067**

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
| --- | --- | --- | --- | --- |
| 3.1. | **Spirit Bank** | **Checking account** | u n t | $0.00 |
| 3.2. | **BancFirst** | **Checking account** | u n t | $0.00 |
| 3.3. | **City National Bank** | **Checking account** | u n t | $0.00 |
| 3.4. | **First Pryority Bank** | **Checking account** | 4 0 3 4 | $48.28 |
| 3.5. | **Mabrey Bank** | **Checking account** | u n t | $0.00 |

4. **Other cash equivalents** (*Identify all*)

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $48.28

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

Debtor    **Asher Homes, LLC**                                          Case number *(if known)* **25-10067**
_____                            _____
Name

---

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

   7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                  _____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

                                                             **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less: _____ - _____ =.....➡    _____
                              face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:    **$262,850.10**   -   **unknown**   =.....➡    **unknown**
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                          **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

---

Debtor    **Asher Homes, LLC**
Name

Case number *(if known)* **25-10067**

15.1. _____    _____    _____    _____

15.2. _____    _____    _____    _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1  _____    _____    _____

   16.2  _____    _____    _____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.

   _____

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No. Go to Part 6.

   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| **19. Raw materials** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.

   _____

24. **Is any of the property listed in Part 5 perishable?**

   ☑ No

   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes.  Book value _____    Valuation method _____    Current value _____

Debtor    **Asher Homes, LLC**
          _____
          Name

Case number *(if known)* 25-10067
                         _____

---

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27.   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.   Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.   Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.   Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.   Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.   Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33.   **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| _____ |
|---|

34.   **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35.   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36.   **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

---

Debtor  **Asher Homes, LLC**
_____

Name

Case number *(if known)* **25-10067**
_____

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Misc Office Furniture, Computers and Staging Furniture** | unknown | | $20,000.00 |
| 40. **Office fixtures** | | | |
| | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$20,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2001 Izuzu Box Truck** | unknown | | unknown |

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor   **Asher Homes, LLC**                                        Case number *(if known)* __25-10067__
Name

---

47.2 **Van**                                                    unknown                              unknown

48. **Watercraft, trailers, motors, and related accessories** Examples:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    48.1 _____    _____  _____  _____

    48.2 _____    _____  _____  _____

49. **Aircraft and accessories**

    49.1 _____    _____  _____  _____

    49.2 _____    _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

    _____    _____  _____  _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                              _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 9: | Real property |
|---------|---------------|

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 4 BLOCK 12 Section: 28 Township: 18 Range: 14 / 3112 W. Phoenix** Broken Arrow, OK 74012 | Fee Simple | unknown | | $608,073.00 |
| 55.2 **Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 12 BLOCK 7 Section: 28 Township: 18 Range: 14 / 3804 S. Hemlock** Broken Arrow, OK 74011 | Fee Simple | unknown | | $369,000.00 |

Debtor     **Asher Homes, LLC**
_____     Case number *(if known)* **25-10067**
Name

| | | | |
|---|---|---|---|
| 55.3 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 20 BLOCK 7 Section: 28 Township: 18 Range: 14 / 3708 S. Hemlock Broken Arrow, OK 74011 | Fee Simple | unknown | $435,720.00 |
| 55.4 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 9 BLOCK 12 Section: 28 Township: 18 Range: 14 / 3704 S. Kalanchoe Broken Arrow, OK 74011 | Fee Simple | unknown | $488,809.00 |
| 55.5 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 12 Section: 28 Township: 18 Range: 14 / 3700 S. Kalanchoe Broken Arrow, OK 74011 | Fee Simple | unknown | $566,821.00 |
| 55.6 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 19 BLOCK 7 Section: 28 Township: 18 Range: 14 / 3712 S. Hemlock Broken Arrow, OK 74011 | Fee Simple | unknown | $440,000.00 |
| 55.7 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 11 Section: 28 Township: 18 Range: 14 / 3109 W. Phoenix Broken Arrow, OK 74011 | Fee Simple | unknown | $548,606.00 |
| 55.8 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 6 BLOCK 6 Section: 28 Township: 18 Range: 14 / 3709 S. Hemlock Broken Arrow, OK 74011 | Fee Simple | unknown | $397,804.00 |
| 55.9 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 7 BLOCK 6 Section: 28 Township: 18 Range: 14 / 3705 S. Hemlock Broken Arrow, OK 74011 | Fee Simple | unknown | $445,012.00 |
| 55.10 | Subdivision: RETREAT BLOCKS 1-15, THE (80864) Legal: LOT 8 BLOCK 6 Section: 28 Township: 18 Range: 14 / 3701 S. Hemlock Broken Arrow, OK 74011 | Fee Simple | unknown | $531,549.00 |
| 55.11 | Subdivision: KIRKPATRICK HGTS (21500) Legal: LT 19 BLK 1 Section: 35 Township: 20 Range: 12 / 127 E. Latimer Tulsa, OK 74106 | Fee Simple | unknown | $346,812.00 |
| 55.12 | Subdivision: PEORIA PARK ADDN (32525) Legal: LT 23 BK 3 Section: 24 Township: 19 Range: 12 / 917 E. 37th Street Tulsa, OK 74105 | Fee Simple | unknown | $650,000.00 |

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)*   **25-10067**

| | | | |
|---|---|---|---|
| 55.13 **Subdivision: HICKORY CREEK OF JENKS (ALL OF THE SW NW & RESUB LT 3 BLK 2 POLLY T 2ND ADDN) (60667) Legal: LOT 5 BLOCK 9 Section: 36 Township: 18 Range: 12** / 1608 W. 114th St Jenks, OK 74037 | Fee Simple | unknown | $599,000.00 |
| 55.14 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 3 BLOCK 5 Section: 02 Township: 17 Range: 13** / 12772 S. 66th E. Ave Bixby, OK 74008 | Fee Simple | unknown | $659,000.00 |
| 55.15 **LOT 14 BLOCK 4 DEER RUN AT STONE CANYON PHASE IV Rogers County Oklahoma** / 18956 E White Willow Pass Owasso, OK 74055 | Fee Simple | unknown | $800,000.00 |
| 55.16 **Subdivision: DELAWARE PARK (70518) Legal: LOT 5 BLOCK 2 Section: 33 Township: 18 Range: 13** / 11535 S. Marion Ave Tulsa, OK 74137 | Fee Simple | unknown | $659,000.00 |
| 55.17 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 1 BLOCK 1 Section: 02 Township: 17 Range: 13** / 6511 E. 127th St. S. Bixby, OK 74008 | Fee Simple | unknown | $575,000.00 |
| 55.18 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 18 BLOCK 4 Section: 02 Township: 17 Range: 13** / 6640 E. 127th Pl. S. Bixby, OK 74008 | Fee Simple | unknown | $715,000.00 |
| 55.19 **Subdivision: RESERVE AT ADDISON CREEK (57954) Legal: LOT 13 BLOCK 4 Section: 02 Township: 17 Range: 13** / 6776 E 127th Pl. S. Bixby, OK 74008 | Fee Simple | unknown | $750,000.00 |
| 55.20 **Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 16 BLOCK 3 Section: 03 Township: 17 Range: 13** / 5907 E. 126th St. S. Bixby, OK 74008 | Fee Simple | unknown | $525,554.00 |
| 55.21 **Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 8 BLOCK 4 Section: 28 Township: 18 Range: 14** / 2410 W. Charleston Broken Arrow, OK 74011 | Fee Simple | unknown | $429,000.00 |
| 55.22 **Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 7 BLOCK 3 Section: 28 Township: 18 Range: 14** / 2413 W. Charleston Broken Arrow, OK 74011 | Fee Simple | unknown | $429,000.00 |

| Debtor | **Asher Homes, LLC** | Case number *(if known)* **25-10067** |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 55.23 | **Subdivision: VILLAGE @ 1ELEVEN (81833) Legal: LOT 2 BLOCK 6 Section: 28 Township: 18 Range: 14 /** 4516 S. Dogwood Broken Arrow, OK 74011 | **Fee Simple** | **unknown** | **$359,000.00** |
| 55.24 | **Subdivision: ADDISON CREEK CROSSING (86802) Legal: LOT 13 BLOCK 3 Section: 03 Township: 17 Range: 13 /** 5813 E. 126th St S. Bixby, OK 74008 | **Fee Simple** | **unknown** **Zillow** | **$389,000.00** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$12,716,760.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| 61. **Internet domain names and websites** | | | |
| | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| Copyrighted House Plans | unknown | | unknown |
| https://asherhomesok.com/ | unknown | | unknown |
| 65. **Goodwill** | | | |
| | | | |

Debtor     **Asher Homes, LLC**
      Name                                            Case number *(if known)* **25-10067**

---

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                          **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____ – _____ = ➡   _____
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____
    _____   Tax year _____   _____
    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Countersuit v. Executive Homes LLC** _____   **unknown**

    Nature of claim          CJ 2023-2191

    Amount requested           **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

---

Debtor    **Asher Homes, LLC**                                      Case number *(if known)* 25-10067
Name

**Nature of claim**

**Amount requested**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

78.  **Total of Part 11**
     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $48.28 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | unknown | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. ➜ **Real property.** *Copy line 56, Part 9* .......................................................... | | $12,716,760.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........................91a. | $20,048.28 | + 91b. $12,716,760.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................. | | $12,736,808.28 |

---

**Fill in this information to identify the case:**

Debtor name      **Asher Homes, LLC**

United States Bankruptcy Court for the:

     **Northern District of Oklahoma**

Case number (if known):    **25-10067**     Chapter    **11**

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

     Copy line 88 from *Schedule A/B*....................................................................    **$12,716,760.00**

   1b. **Total personal property:**

     Copy line 91A from *Schedule A/B*...................................................................    **$20,048.28**

   1c. **Total of all property:**

     Copy line 92 from *Schedule A/B*....................................................................    **$12,736,808.28**

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$10,736,096.37**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

     Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................    **$0.00**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................    **+ $951,995.12**

4. **Total liabilities**..........................................................................................    **$11,688,091.49**

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name **Asher Homes, LLC**

United States Bankruptcy Court for the:

**Northern District of Oklahoma**

Case number (if known): **25-10067**

☑ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **unknown**<br>**$0.00** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$25,360,557.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | Asher Homes, LLC | Case number *(if known)* | 25-10067 |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached list** <br> Creditor's name <br><br> Street <br><br><br> City          State    ZIP Code | _____ | _____ - | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. **City National Bank and Trust Company** <br> Creditor's name <br> **500 SW D Ave.** <br> Street <br><br> **Lawton, OK 73501** <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | Agreement for Deed in Lieu in exchange for release of guarantees | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Daniel Ruhl** <br> Creditor's name <br> **4920 E. 105th Street** <br> Street <br><br> **Tulsa, OK 74137-6020** <br> City          State    ZIP Code <br> Relationship to debtor <br> **Manager/Member** | **2023** | **$113,632.00** | **per K1** |

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page **2**

| Debtor | Asher Homes, LLC | Case number *(if known)* | 25-10067 |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **See attached list** | _____ | _____ | _____ |
| Creditor's name | | | |
| Street | | | |
| City        State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| Street | | | |
| City        State     ZIP Code | | | |

---

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Thomas and Gara Hurd v. Asher Homes et al** | **Civil** | **Rogers County**<br>Name<br>**200 S Lynn Riggs Blvd**<br>Street<br><br>**Claremore, OK 74017-7808**<br>City        State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**CJ 2023-288** | | | |

Debtor   **Asher Homes, LLC**                                                    Case number *(if known)*   **25-10067**
         Name

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **1800Water Damage of Greater NW Tulsa and Owasso v Asher Homes et al** | **Civil** | **Rogers County** <br> Name <br> **200 S Lynn Riggs Blvd** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-11** | | **Claremore, OK 74017-7808** <br> City                State        ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Emily and Spencer Roberts v. Asher Homes et al** | **Civil** | **Rogers County** <br> Name <br> **200 S Lynn Riggs Blvd** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-22** | | **Claremore, OK 74017-7808** <br> City                State        ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Mabrey Bank v. Asher Homes et al** | **Civil** | **Rogers County** <br> Name <br> **200 S Lynn Riggs Blvd** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-248** | | **Claremore, OK 74017-7808** <br> City                State        ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Pradeep Pottumuth v. Asher Homes, LLC** | **Small Claims** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **SC 2025-203** | | **Tulsa, OK 74103-3838** <br> City                State        ZIP Code | |

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Santhosh Umapathy et al v. Asher Homes et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-4743** | | **Tulsa, OK 74103-3838** <br> City                State        ZIP Code | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Tony Parker v. Asher Homes ILC and Daniel Ruhl** | **Small Claims** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **SC 2024-16357** | | **Tulsa, OK 74103-3838** <br> City                State        ZIP Code | |

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                          page 4

Debtor   **Asher Homes, LLC**                                                                Case number *(if known)*   **25-10067**
　　　　Name

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **BancFirst v. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **CJ 2024-3760** | | | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Fabian Pineda v. Asher Homes et al** | **Civil** | **Tulsa County District Court**<br>Name<br>**500 S Denver Ave Ste 109**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **CJ 2024-3581** | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **James Cinocca III vs. Asher Homes LLC** | **Small Claims** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number | | | |
| | **SC 2024-12852** | | | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Lucas Raith and Jennifer Abernathy v Asher Homes et al** | **Civil** | **Tulsa County District Court**<br>Name<br>**500 S Denver Ave Ste 109**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **CJ 2024-3309** | | | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Bradley & Bailey Gaines v. Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **CJ 2024-3308** | | | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **PS Plumbing v. Asher Homes LLC** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City　　　　State　ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number | | | |
| | **CJ 2024-3111** | | | |

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)*   **25-10067**

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Israel Antuna Jr and Goldenwood Millwork v Asher Homes and Daniel Ruhl** | **Small Claims** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **SC 2024-10723** | | **Tulsa, OK 74103-3838** <br> City          State      ZIP Code | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Robinson Air Inc v. Asher Homes LLC** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-2847** | | **Tulsa, OK 74103-3838** <br> City          State      ZIP Code | |

| 7.16. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **City National Bank and Trust Company v. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-2693** | | **Tulsa, OK 74103-3838** <br> City          State      ZIP Code | |

| 7.17. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Standard Materials Group Inc v. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **CJ 2024-2606** | | **Tulsa, OK 74103-3838** <br> City          State      ZIP Code | |

| 7.18. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Spirit Bank v. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **Cj 2024-2532** | | **Tulsa, OK 74103-3838** <br> City          State      ZIP Code | |

| 7.19. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Ellsworth Construction LLC vs. Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County** <br> Name <br> **500 S Denver Ave** <br> Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **CJ 2024-2377** | | **Tulsa, OK 74103-3838** <br> City          State      ZIP Code | |

Debtor  **Asher Homes, LLC**
Name

Case number *(if known)*  **25-10067**

| 7.20. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Selva Raman vs. Asher Homes LLC et al** | Civil | **District Court of Tulsa County** <br> Name <br><br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City · State · ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **CJ 2024-1854** | | | |

| 7.21. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Ali Farooqui v. Asher Homes LLC et al** | Small Claims | **District Court of Tulsa County** <br> Name <br><br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City · State · ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **SC 2024-7162** | | | |

| 7.22. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Free WIlly Trust v. Asher Homes LLC** | Civil | **District Court of Tulsa County** <br> Name <br><br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City · State · ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **CJ 2024-1407** | | | |

| 7.23. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Kalli Hannah and Kyle WIlber v. Asher Homes LLC et al** | Civil | **District Court of Tulsa County** <br> Name <br><br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City · State · ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br><br> **CJ 2024-1168** | | | |

| 7.24. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Shard and Smrita Tandon v. Asher Homes et al** | Civil | **District Court of Tulsa County** <br> Name <br><br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City · State · ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **CJ 2024-973** | | | |

| 7.25. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **The Womble Company vs Asher Homes LLC et al** | Civil | **District Court of Tulsa County** <br> Name <br><br> **500 S Denver Ave** <br> Street <br><br> **Tulsa, OK 74103-3838** <br> City · State · ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br><br> **Cj 2023-7145** | | | |

Debtor   **Asher Homes, LLC**
         Name

Case number *(if known)*   **25-10067**

| 7.26. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Paragonx Holdings Inc.** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City                State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br><br>**CJ 2023-4093** | | | |

| 7.27. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **New Plumbing LLC v.**<br>**Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br><br>**CJ 2023-4039** | | | |

| 7.28. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Asher Homes v. Steven**<br>**Garrett Huie** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br><br>**CJ 2023-3606** | | | |

| 7.29. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Justin and Marissa**<br>**Fengler v. Asher Homes**<br>**LLC** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br><br>**CJ 2023-2763** | | | |

| 7.30. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Executive Homes LLC v.**<br>**Asher Homes et al** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City                State        ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br><br>**CJ 2023-2191** | | | |

| 7.31. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Asher Homes v. Adam**<br>**Barnes and Melissa**<br>**Schmitt** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br><br>**Tulsa, OK 74103-3838**<br>City                State        ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | Case number<br><br>**CJ 2023-1493** | | | |

Debtor   **Asher Homes, LLC**

Name

Case number *(if known)*    **25-10067**

| 7.32. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Virginia Neel et al v Asher Homes LLC et al** | **Civil** | **District Court of Tulsa County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | **500 S Denver Ave** Street | |
| | **Case number** | | | |
| | **CJ 2023-511** | | **Tulsa, OK 74103-3838** City          State     ZIP Code | |

| 7.33. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Matthew and Amy Ramsey vs. Asher Homes et al** | **Civil** | **District Court of Tulsa County** Name | ☐ Pending ☐ On appeal ☑ Concluded |
| | | | **500 S Denver Ave** Street | |
| | **Case number** | | | |
| | **CJ 2022-3462** | | **Tulsa, OK 74103-3838** City          State     ZIP Code | |

| 7.34. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Mabrey Bank v. Asher Homes et al** | **Civil** | **District Court of Tulsa County** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | **500 S Denver Ave** Street | |
| | **Case number** | | | |
| | **CJ-2024-1981** | | **Tulsa, OK 74103-3838** City          State     ZIP Code | |

| 7.35. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Frankfield Capital, Inc. v Asher Homes, LLC et al** | **Civil** | **Muskogee County District Court** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | **Po Box 1350** Street | |
| | **Case number** | | | |
| | **CJ-2024-0197** | | **Muskogee, OK 74402-1350** City          State     ZIP Code | |

| 7.36. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Witty, David et al v. Asher Homes, LLC et al** | **Civil** | **Muskogee County District Court** Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | **Po Box 1350** Street | |
| | **Case number** | | | |
| | **CJ-2024-0206** | | **Muskogee, OK 74402-1350** City          State     ZIP Code | |

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    **Asher Homes, LLC**
Name

Case number *(if known)*    **25-10067**

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City                          State      ZIP Code

| Case title | Court name and address |
|---|---|

Name

| Case number |
|---|

Street

| Date of order or assignment |
|---|

City                          State      ZIP Code

---

### Part 4:    Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City                          State      ZIP Code

| Recipient's relationship to debtor |
|---|

---

### Part 5:    Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **10.1.** **embezzlement by former employer, Amy Diane Shelton** | **none** | **2022** | **>$1M** |
| **10.2.** **embezzlement of $12k from former employee** | **none** | **10/2023** | **$12,000.00** |

---

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page **10**

| Debtor | **Asher Homes, LLC** | Case number *(if known)* | **25-10067** |
|---|---|---|---|
| | Name | | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Brown Law Firm PC** | **Attorney's Fee, Filing fee** | **1/20/2025** | **$10,155.50** |

| Address |
|---|
| **1609 E. 4th St.** |
| Street |
| |
| **Tulsa, OK 74120** |
| City                    State        ZIP Code |

| Email or website address |
|---|
| |

| Who made the payment, if not debtor? |
|---|
| **Daniel Ruhl ($8417.50 attorney fees plus $1738 filing fee=$10155.50 paid)** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Debtor | **Asher Homes, LLC** | | | Case number *(if known)* | **25-10067** |
|---|---|---|---|---|---|
| | Name | | | | |

**13.1.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Tyler Nichols** | | **6/29/2023** | **$455,000.00** |
| **Address** | | | |
| **5913 E 126th St S.** | | | |
| Street | | | |
| **Bixby, OK 74008** | | | |
| City                 State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| **none** | | | |

**13.2.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **SBK Property Holdings LLC** | **Spirit Bank sold the following properties to SBK Property Holdings LLC through mortgagee deeds for the listed amounts: 4611 S. Chestnut Ave Broken Arrow $313,000 2504 W. Birmingham Broken Arrow $313,000 2508 W. Birmingham Broken Arrow $313,000 4520 S. Dogwood Broken Arrow $390,000 4500 S. Dogwood Broken Arrow $356,000 1146 Bayshore Dr. Sand Springs $187,768 2410 W. Charleston Broken Arrow $389,000** | **12/30/2024** | **(Unknown)** |
| **Address** | | | |
| **1800 S. Baltimore Ave. 7th Floor** | | | |
| Street | | | |
| **Tulsa, OK 74119** | | | |
| City                 State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

**13.3.**

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **BancFirst** | **6560 E. 128th St. S. Bixby Ok Deed in lieu of foreclosure** | **5/30/2024** | **(Unknown)** |
| **Address** | | | |
| **200 E. Main** | | | |
| Street | | | |
| **PO Box 2003** | | | |
| **Jenks, OK 74037-0000** | | | |
| City                 State      ZIP Code | | | |
| **Relationship to debtor** | | | |
| | | | |

Debtor  **Asher Homes, LLC**                                          Case number *(if known)*      **25-10067**
Name

**13.4.** | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |

**see attached list**                                                                                              **(Unknown)**

**Address**

Street

City                        State      ZIP Code

**Relationship to debtor**

---

**13.5.** | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |

**Classic Chevrolet**              **2023 Ford F150 sold to Chrevrolet Dealership-**              **(Unknown)**
                                   **all funds applied to Spirit Bank loan**

**Address**

**8501 N Owasso Expy**
Street

**Owasso, OK 74055**
City                        State      ZIP Code

**Relationship to debtor**

---

**13.6.** | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |

**Spiritbank**                     **Spirit Bank transferred deed under Non-judicial**  **12/30/2024**  **(Unknown)**
                                   **foreclosure Power of Sale by Mortgagee Deed**
**Address**                        **to itself 2509 W. Charleston BA Ok $125,000**
                                   **2511 W. Birmingham BA Ok $125,000**
**1800 S Baltimore Ave 700**
Street

**Tulsa, OK 74119-5216**
City                        State      ZIP Code

**Relationship to debtor**

**none**

---

Debtor    **Asher Homes, LLC**                                                                Case number *(if known)*    **25-10067**
          Name

| 13.7. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Emily Christein**                    **Spirit Bank provided mortgagee's deed on November 20, 2024**                    **$426,000.00**

| Address |
|---|

**1616 W. 114th St S**
Street

**Jenks, OK 74037**
City                    State    ZIP Code

| Relationship to debtor |
|---|

**none**

| 13.8. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Fengler Family Trust**              **Subdivision: COUNTRY GENTLEMEN ESTATES**    **2022**    **$1,150,000.00**
                                      **(70375) Legal: PRT LT 2 BEG NWC LT 2 TH**
| Address |                           **E134.97 S300.10 W134.97 N300.03 POB BLK 3**
|---|                                 **Section: 27 Township: 18 Range: 13 Title has**
                                      **not yet transferred due to defects in title**
**c/o Brian Rayment 7666 E 61st St Ste 240**
Street

**c/o Kivell, Rayment, Francis, Coulson & Heat**
**Tulsa, OK 74133-1136**
City                    State    ZIP Code

| Relationship to debtor |
|---|

**none**

---

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1.  _____                    From _____ To _____
       Street

       _____

       _____
       City                    State    ZIP Code

| Debtor | Asher Homes, LLC | Case number *(if known)* | 25-10067 |
|---|---|---|---|
| | Name | | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City      State      ZIP Code | _____ | *Check all that apply:* ☐ Electronically  ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor   **Asher Homes, LLC**
Name

Case number *(if known)*   **25-10067**

---

18.1   **Spiritbank**
Name

XXXX– _ _ _ _

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**4/2024**   **$0.00**

**1800 S Baltimore Ave 700**
Street

**Tulsa, OK 74119-5216**
City                     State     ZIP Code

---

18.2   **BancFirst**
Name

XXXX– **9  7  6  2**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**10/2024**   **$0.00**

**PO Box 680**
Street

**Tulsa, OK 74101**
City                     State     ZIP Code

---

18.3   **BancFirst**
Name

XXXX– **9  4  4  6**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**10/2024**   **$0.00**

**PO Box 680**
Street

**Tulsa, OK 74101-0000**
City                     State     ZIP Code

---

18.4   **BancFirst**
Name

XXXX– **1  3  2  9**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**10/2024**   **$0.00**

**7625 E 51st St.**
Street

**PO Box 680**

**Tulsa, OK 74145**
City                     State     ZIP Code

---

18.5   **Mabrey Bank Mid Town**
Name

XXXX– **1  9  9  5**

☑ Checking
☐ Savings
☐ Money market
☐ Brokerage
☐ Other

**03/2024**   **$389.94**

**8085 S. Yale**
Street

**Tulsa, OK 74136-0000**
City                     State     ZIP Code

---

**19.   Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | City          State     ZIP Code | | | |

---

Debtor  **Asher Homes, LLC**                                          Case number *(if known)*        **25-10067**

Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State    ZIP Code | | | |

---

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

Debtor   **Asher Homes, LLC**                                            Case number *(if known)*        **25-10067**

Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City            State     ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State     ZIP Code | City            State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City            State     ZIP Code | City            State     ZIP Code | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.<br><br>Name<br><br>Street<br><br>City            State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____   To _____ |

Debtor    **Asher Homes, LLC**                                                    Case number *(if known)*    **25-10067**
    Name

### 26. Books, records, and financial statements

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Horizen CPAs and Advisors, PLC**<br>Name<br><br>**4715 E. 91st Street 100**<br>Street<br><br><br>**Tulsa, OK 74137**<br>City    State    ZIP Code | From **2021**   To **present** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Horizon Certified Public Accountants PLC**<br>Name<br><br>**4715 East 91 Suite # 2**<br>Street<br><br><br>**Tulsa, OK 74137-0000**<br>City    State    ZIP Code | From **2021**   To **present** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Daniel Ruhl**<br>Name<br><br>**4920 E. 105th Street**<br>Street<br><br><br>**Tulsa, OK 74137-6020**<br>City    State    ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Debtor does not believe there to be any financial statements given in last 2 years.**<br>Name<br><br><br>Street<br><br><br>City    State    ZIP Code |

Debtor    **Asher Homes, LLC**                                                    Case number *(if known)*      **25-10067**
_____
Name

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
Name

_____
Street

_____
City                          State            ZIP Code

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Ruhl** | **9128 S BRADEN AVE STE 201 Tulsa, OK 74137** | **Manager, Member** | **100.00%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____<br>To _____ |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____<br>Name | _____ | _____ | _____ |

_____
Street

_____
City                          State            ZIP Code

| Relationship to debtor |
|---|

_____

Debtor   **Asher Homes, LLC**                                        Case number *(if known)*   **25-10067**
_____
Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/03/2025**
                        MM/  DD/  YYYY

**X** **/s/ Daniel Ruhl**                              Printed name              **Daniel Ruhl**
_____                                    _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**
                                     _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

/s/ Ron D. Brown OBA#16352
Brown Law Firm PC
1609 E. 4th Street
Tulsa Ok 74120
(918) 585-9500
ron@ronbrownlaw.com

**Fill in this information to identify the case:**

Debtor name **Asher Homes, LLC**

United States Bankruptcy Court for the:

**Northern District of Oklahoma**

Case number (if known): **25-10067**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/03/2025**
MM/  DD/  YYYY

X **/s/ Daniel Ruhl**
Signature of individual signing on behalf of debtor

/s/ Ron D. Brown OBA#16352
Brown Law Firm PC
1609 E. 4th Street
Tulsa Ok 74120
(918) 585-9500
ron@ronbrownlaw.com

**Daniel Ruhl**
Printed name

**President**
Position or relationship to debtor