Fill in this information to identify the case:

Debtor name: Asher Homes, LLC

United States Bankruptcy Court for the: Northern District of Oklahoma

Case number (if known): 25-10067

☑ Check if this is an amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$0.00** |
| **For the year before that:** | From **01/01/2023** (MM/ DD/ YYYY) | to **12/31/2023** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$25,360,557.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2023** (MM/ DD/ YYYY) | to **12/31/2023** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached list**<br>Creditor's name<br>Street<br>City State ZIP Code | | **-** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | **City National Bank and Trust Company**<br>Creditor's name<br>**500 SW D Ave.**<br>Street<br>**Lawton, OK 73501**<br>City State ZIP Code | | **Agreement for Deed in Lieu in exchange for release of guarantees** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Daniel Ruhl**<br>Creditor's name<br>**4920 E. 105th Street**<br>Street<br>**Tulsa, OK 74137-6020**<br>City State ZIP Code<br>Relationship to debtor<br>**Manager/Member** | **2023** | **$113,632.00** | **per K1** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. **See attached list**<br>Creditor's name<br>Street<br>City State ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Thomas and Gara Hurd v. Asher Homes et al**<br>Case number<br>**CJ 2023-288** | **Civil** | **Rogers County**<br>Name<br>**200 S Lynn Riggs Blvd**<br>Street<br>**Claremore, OK 74017-7808**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **1800Water Damage of Greater NW Tulsa and Owasso v Asher Homes et al**<br>Case number: **CJ 2024-11** | **Civil** | **Rogers County** (Name)<br>**200 S Lynn Riggs Blvd** (Street)<br>**Claremore, OK 74017-7808** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Emily and Spencer Roberts v. Asher Homes et al**<br>Case number: **CJ 2024-22** | **Civil** | **Rogers County** (Name)<br>**200 S Lynn Riggs Blvd** (Street)<br>**Claremore, OK 74017-7808** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Mabrey Bank v. Asher Homes et al**<br>Case number: **CJ 2024-248** | **Civil** | **Rogers County** (Name)<br>**200 S Lynn Riggs Blvd** (Street)<br>**Claremore, OK 74017-7808** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Pradeep Pottumuth v. Asher Homes, LLC**<br>Case number: **SC 2025-203** | **Small Claims** | **District Court of Tulsa County** (Name)<br>**500 S Denver Ave** (Street)<br>**Tulsa, OK 74103-3838** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Santhosh Umapathy et al v. Asher Homes et al**<br>Case number: **CJ 2024-4743** | **Civil** | **District Court of Tulsa County** (Name)<br>**500 S Denver Ave** (Street)<br>**Tulsa, OK 74103-3838** (City State ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Tony Parker v. Asher Homes ILC and Daniel Ruhl**<br>Case number: **SC 2024-16357** | **Small Claims** | **District Court of Tulsa County** (Name)<br>**500 S Denver Ave** (Street)<br>**Tulsa, OK 74103-3838** (City State ZIP Code) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | BancFirst v. Asher Homes et al<br>Case number: CJ 2024-3760 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Fabian Pineda v. Asher Homes et al<br>Case number: CJ 2024-3581 | Civil | Tulsa County District Court<br>500 S Denver Ave Ste 109<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | James Cinocca III vs. Asher Homes LLC<br>Case number: SC 2024-12852 | Small Claims | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.11. | Lucas Raith and Jennifer Abernathy v Asher Homes et al<br>Case number: CJ 2024-3309 | Civil | Tulsa County District Court<br>500 S Denver Ave Ste 109<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | Bradley & Bailey Gaines v. Asher Homes et al<br>Case number: CJ 2024-3308 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | PS Plumbing v. Asher Homes LLC<br>Case number: CJ 2024-3111 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | Israel Antuna Jr and Goldenwood Millwork v Asher Homes and Daniel Ruhl<br>Case number<br>SC 2024-10723 | Small Claims | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.15. | Robinson Air Inc v. Asher Homes LLC<br>Case number<br>CJ 2024-2847 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | City National Bank and Trust Company v. Asher Homes LLC et al<br>Case number<br>CJ 2024-2693 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Standard Materials Group Inc v. Asher Homes LLC et al<br>Case number<br>CJ 2024-2606 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | Spirit Bank v. Asher Homes LLC et al<br>Case number<br>Cj 2024-2532 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Ellsworth Construction LLC vs. Asher Homes LLC et al<br>Case number<br>CJ 2024-2377 | Civil | District Court of Tulsa County<br>500 S Denver Ave<br>Tulsa, OK 74103-3838 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.20. | **Selva Raman vs. Asher Homes LLC et al**<br>Case number<br>**CJ 2024-1854** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Ali Farooqui v. Asher Homes LLC et al**<br>Case number<br>**SC 2024-7162** | **Small Claims** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.22. | **Free WIlly Trust v. Asher Homes LLC**<br>Case number<br>**CJ 2024-1407** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Kalli Hannah and Kyle WIlber v. Asher Homes LLC et al**<br>Case number<br>**CJ 2024-1168** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.24. | **Shard and Smrita Tandon v. Asher Homes et al**<br>Case number<br>**CJ 2024-973** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **The Womble Company vs Asher Homes LLC et al**<br>Case number<br>**Cj 2023-7145** | **Civil** | **District Court of Tulsa County**<br>Name<br>**500 S Denver Ave**<br>Street<br>**Tulsa, OK 74103-3838**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title | Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|---|
| 7.26. | Paragonx Holdings Inc. | CJ 2023-4093 | Civil | District Court of Tulsa County, 500 S Denver Ave, Tulsa, OK 74103-3838 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.27. | New Plumbing LLC v. Asher Homes et al | CJ 2023-4039 | Civil | District Court of Tulsa County, 500 S Denver Ave, Tulsa, OK 74103-3838 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.28. | Asher Homes v. Steven Garrett Huie | CJ 2023-3606 | Civil | District Court of Tulsa County, 500 S Denver Ave, Tulsa, OK 74103-3838 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.29. | Justin and Marissa Fengler v. Asher Homes LLC | CJ 2023-2763 | Civil | District Court of Tulsa County, 500 S Denver Ave, Tulsa, OK 74103-3838 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.30. | Executive Homes LLC v. Asher Homes et al | CJ 2023-2191 | Civil | District Court of Tulsa County, 500 S Denver Ave, Tulsa, OK 74103-3838 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.31. | Asher Homes v. Adam Barnes and Melissa Schmitt | CJ 2023-1493 | Civil | District Court of Tulsa County, 500 S Denver Ave, Tulsa, OK 74103-3838 | ☐ Pending ☐ On appeal ☑ Concluded |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.32. | **Virginia Neel et al v Asher Homes LLC et al**<br>Case number<br>**CJ 2023-511** | **Civil** | **District Court of Tulsa County** (Name)<br>**500 S Denver Ave** (Street)<br>**Tulsa, OK 74103-3838** (City, State, ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **Matthew and Amy Ramsey vs. Asher Homes et al**<br>Case number<br>**CJ 2022-3462** | **Civil** | **District Court of Tulsa County** (Name)<br>**500 S Denver Ave** (Street)<br>**Tulsa, OK 74103-3838** (City, State, ZIP Code) | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.34. | **Mabrey Bank v. Asher Homes et al**<br>Case number<br>**CJ-2024-1981** | **Civil** | **District Court of Tulsa County** (Name)<br>**500 S Denver Ave** (Street)<br>**Tulsa, OK 74103-3838** (City, State, ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **Frankfield Capital, Inc. v Asher Homes, LLC et al**<br>Case number<br>**CJ-2024-0197** | **Civil** | **Muskogee County District Court** (Name)<br>**Po Box 1350** (Street)<br>**Muskogee, OK 74402-1350** (City, State, ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **Witty, David et al v. Asher Homes, LLC et al**<br>Case number<br>**CJ-2024-0206** | **Civil** | **Muskogee County District Court** (Name)<br>**Po Box 1350** (Street)<br>**Muskogee, OK 74402-1350** (City, State, ZIP Code) | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | Case title | Court name and address |
| Street | Case number | Name |
| City State ZIP Code | Date of order or assignment | Street |
| | | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | **embezzlement by former employer, Amy Diane Shelton** | **none** | **2022** | **>$1M** |
| 10.2. | **embezzlement of $12k from former employee** | **none** | **10/2023** | **$12,000.00** |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Brown Law Firm PC** | **Attorney's Fee, Filing fee** | **1/20/2025** | **$10,155.50** |

**Address**

**1609 E. 4th St.**
Street

**Tulsa, OK 74120**
City State ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

**Daniel Ruhl ($8417.50 attorney fees plus $1738 filing fee=$10155.50 paid)**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1. | | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

❑ None

13.1.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Tyler Nichols** | | **6/29/2023** | **$455,000.00** |

**Address**

**5913 E 126th St S.**
Street

**Bixby, OK 74008**
City State ZIP Code

**Relationship to debtor**

**none**

13.2.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **SBK Property Holdings LLC** | **Spirit Bank sold the following properties to SBK Property Holdings LLC through mortgagee deeds for the listed amounts: 4611 S. Chestnut Ave Broken Arrow $313,000 2504 W. Birmingham Broken Arrow $313,000 2508 W. Birmingham Broken Arrow $313,000 4520 S. Dogwood Broken Arrow $390,000 4500 S. Dogwood Broken Arrow $356,000 1146 Bayshore Dr. Sand Springs $187,768 2410 W. Charleston Broken Arrow $389,000** | **12/30/2024** | **(Unknown)** |

**Address**

**1800 S. Baltimore Ave. 7th Floor**
Street

**Tulsa, OK 74119**
City State ZIP Code

**Relationship to debtor**

13.3.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **BancFirst** | **6560 E. 128th St. S. Bixby Ok Deed in lieu of foreclosure** | **5/30/2024** | **(Unknown)** |

**Address**

**200 E. Main**
Street
**PO Box 2003**

**Jenks, OK 74037-0000**
City State ZIP Code

**Relationship to debtor**

| 13.4. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **see attached list** | | | **(Unknown)** |
| Address: Street; City, State, ZIP Code | | | |
| Relationship to debtor: | | | |

| 13.5. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Classic Chevrolet** | **2023 Ford F150 sold to Chrevrolet Dealership-all funds applied to Spirit Bank loan** | | **(Unknown)** |
| Address: **8501 N Owasso Expy** (Street); **Owasso, OK 74055** (City, State, ZIP Code) | | | |
| Relationship to debtor: | | | |

| 13.6. Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Spiritbank** | **Spirit Bank transferred deed under Non-judicial foreclosure Power of Sale by Mortgagee Deed to itself 2509 W. Charleston BA Ok $125,000 2410 W. Charleston BA Ok $389,000 2511 W. Birmingham BA Ok $125,000 4611 S. Chestnut Ave BA Ok $313,000** | **12/30/2024** | **(Unknown)** |
| Address: **1800 S Baltimore Ave 700** (Street); **Tulsa, OK 74119-5216** (City, State, ZIP Code) | | | |
| Relationship to debtor: **none** | | | |

13.7.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Emily Christein** | **Spirit Bank provided mortgagee's deed on November 20, 2024** | | **$426,000.00** |

**Address**
**1616 W. 114th St S**
Street

**Jenks, OK 74037**
City State ZIP Code

**Relationship to debtor**
**none**

13.8.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Fengler Family Trust** | **Subdivision: COUNTRY GENTLEMEN ESTATES (70375) Legal: PRT LT 2 BEG NWC LT 2 TH E134.97 S300.10 W134.97 N300.03 POB BLK 3 Section: 27 Township: 18 Range: 13 Title has not yet transferred due to defects in title** | **2022** | **$1,150,000.00** |

**Address**
**c/o Brian Rayment 7666 E 61st St Ste 240**
Street
**c/o Kivell, Rayment, Francis, Coulson & Heat**
**Tulsa, OK 74133-1136**
City State ZIP Code

**Relationship to debtor**
**none**

13.9.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **CarMax** | **2020 Ford F150** | **08/21/2024** | **$16,000.00** |

**Address**
**9131 S Memorial Dr**
Street

**Tulsa, OK 74133-4323**
City State ZIP Code

**Relationship to debtor**
**None**

13.10.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **CarMax** | **2021 Chevrolet Silverado 1500** | **08/28/2024** | **(Unknown)** |

**Address**
**9131 S Memorial Dr**
Street

**Tulsa, OK 74133-4323**
City State ZIP Code

**Relationship to debtor**
**None**

13.11.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **Firstar Bank** | **2023 Ford F350, 2019 Ford Ranger an 2019 Ford Transit Van were surrendered to FirstStar Bank in lieu of Foreclosure** | **March 2024** | **(Unknown)** |

**Address**
**9696 E 101st St**
Street

**Tulsa, OK 74133-7237**
City State ZIP Code

**Relationship to debtor**
**None**

13.12.

| Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **unknown buyer** | **2017 Ford F150, 2001 Isuzu, 2018 Ford, 2018 Chevrolet, 2023 Ford F150 and 2021 Chevrolet Silverado were either sold or reconciled on Debtor's books in 2024** | **2024** | **(Unknown)** |

**Address**

Street

City State ZIP Code

**Relationship to debtor**
**None**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. ______________________ From ________ To ________
Street
______________________
______________________
City State ZIP Code

**Part 8: Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. Facility name | | |
| Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| City State ZIP Code | | *Check all that apply:* ☐ Electronically ☐ Paper |

**Part 9: Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. ______________________

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ______________________ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Spiritbank**<br>1800 S Baltimore Ave 700<br>Tulsa, OK 74119-5216 | XXXX– | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | 4/2024 | $0.00 |
| 18.2 | **BancFirst**<br>PO Box 680<br>Tulsa, OK 74101 | XXXX– 9 7 6 2 | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | 10/2024 | $0.00 |
| 18.3 | **BancFirst**<br>PO Box 680<br>Tulsa, OK 74101-0000 | XXXX– 9 4 4 6 | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | 10/2024 | $0.00 |
| 18.4 | **BancFirst**<br>7625 E 51st St.<br>PO Box 680<br>Tulsa, OK 74145 | XXXX– 1 3 2 9 | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | 10/2024 | $0.00 |
| 18.5 | **Mabrey Bank Mid Town**<br>8085 S. Yale<br>Tulsa, OK 74136-0000 | XXXX– 1 9 9 5 | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other | 03/2024 | $389.94 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

19.1

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

20.1

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Name<br>Street<br><br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ______ To ______ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Horizen CPAs and Advisors, PLC**<br>Name<br>**4715 E. 91st Street 100**<br>Street<br><br>**Tulsa, OK 74137**<br>City State ZIP Code | From **2021** To **present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Horizon Certified Public Accountants PLC**<br>Name<br>**4715 East 91st Suite # 2**<br>Street<br><br>**Tulsa, OK 74137-0000**<br>City State ZIP Code | From **2021** To **present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Daniel Ruhl**<br>Name<br>**4920 E. 105th Street**<br>Street<br><br>**Tulsa, OK 74137-6020**<br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Debtor does not believe there to be any financial statements given in last 2 years.**
Name

Street

City State ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**Name and address of the person who has possession of inventory records**

27.1.
Name

Street

City State ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel Ruhl** | **9128 S BRADEN AVE STE 201 Tulsa, OK 74137** | **Manager, Member** | **100.00%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Name; Street; City, State, ZIP Code | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/24/2026**
MM/ DD/ YYYY

✗ **/s/ Daniel Ruhl**
Signature of individual signing on behalf of the debtor

Printed name **Daniel Ruhl**

Position or relationship to debtor **President**

/s/ Ron D. Brown OBA16352
1635 E. 11th Street
Tulsa Ok 74120
(918) 585-9500
ron@ronbrownlaw.com

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes